# EXHIBIT 1

Documents related to July 10, 1998 FOIA Request

# EXHIBIT 1 (a)

December 11, 1998 Letter from S. Flesner to R. Heggestad



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
950 L'ENFANT PLAZA SOUTH, S.W.
WASHINGTON, DC 20024

ATT.C

Robert E. Heggestad
Heggestad & Weiss, P.C.
Suite 600
1320 19ᵗʰ street, N.W.
Washington, D.C. 20036.

Person to Contact:
R.S. Cortez
Telephone Number:
(202)874-1960
Reply Reference to:
F-1998-340
Date:

Dear Mr. Heggestad:

This is in response to your letters of July 10 and July 13, 1998, requesting information under the Freedom of Information Act on behalf of Harry S. Stonehill and Robert P. Brooks, et al.

We have conducted a thorough research of all available records under the jurisdiction of the Assistant Commissioner (International). To gain the maximum benefits of conducting our search to locate all the available materials, we solicited the assistance of the staff from the International District, Compliance Division. We utilized three (3) individuals who met on December 8, 1998, and examined a total of five (5) boxes containing documents and other records pertaining to your clients. The individual in possession of the records was temporarily working out of the country. This contributed to the delay in processing of your request. We apologize for any inconvenience this might have caused you.

Enclosed are the requested documents. However, we were unable to locate all the documents specifically requested in your letter. Your request has been granted in full to the extent of the records in our possession, and we have determined that there is no fee for processing your request. For additional information you may redirect a written request to, Department of Justice, Director of Information & Privacy, Tenth Street & Constitution Avenue, N.W., Washington, D.C., 20530.

If you have any questions, you may contact Mr. Cortez of my staff at the above address or telephone number between the hours of 8:00 a.m. to 3:30 p.m. EST.

Sincerely,

Stephen H. Flesner
Disclosure Officer

Enclosures

ER:249

# EXHIBIT 1 (b)

January 6, 1999 Letter from S. Flesner to R. Heggestad



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
950 L'ENFANT PLAZA SOUTH, S.W.
WASHINGTON, DC 20024

ATT.E

JAN - 6 1999

Robert Heggestad
Heggestad & Weiss, P.C.
1320 19ᵗʰ Street, NW, Suite 600
Washington, D.C. 20036

Dear Mr. Heggestad:

This is in response to you letter of January 6, 1999, concerning our response to your Freedom of Information Act request of behalf of your clients, Harry S. Stonehill and Robert P. Brooks.

In an effort to clarify our original response, let me begin by stating that a through review was conducted of the five boxes of records under the jurisdiction of the Assistant Commissioner (International) that relate to your clients. I personally assisted with this review. These boxes contained the Collection Administrative file and documented all efforts to collect U.S. Income taxes assessed against your clients. We reviewed each page to determine if the subject matter related in any way to the list of entities that you provided and the time frame in question. The only documents we located were provided to you in full, with no deletions. There were no other documents under our jurisdiction responsive to your request.

I have reviewed the documents that you attached to your letter. They appear to be declassified documents obtained from the files of another government agency. We did not find copies of those documents in the files we reviewed. We have no knowledge of these documents, nor do we have any knowledge of where they can be located, if they exist. There were no classified documents in the files that we reviewed. The fact that the documents you provided suggest that they were authored by an IRS employee or refer to IRS activity does not provide us with information that would enable us to locate additional records, if they exist, that are not in our possession at this time. I'm sure that you are aware that this case was litigated by the Department of Justice for a number of years. It might be possible that the records in question would be in their files. I would suggest you direct any further correspondence concerning these records to the Department of Justice under a Freedom of Information Act request. Your FOIA request to the Internal Revenue Service dated July 10, 1996 and your letter of January 6, 1999, if directed to DOJ, will probably not meet the specific requirements of the Act. I suggest you resubmit a perfected request to DOJ at this time.

-2-

Enclosed is Notice 393 that explains your appeal rights should you wish to appeal our response.

I do not believe that this office can be of further assistance in your quest for these records.

If you have any questions, I may be contacted at (202) 874-1331 between the hours of 8:00 am and 3:30 pm.

Sincerely,

Stephen H. Flesner
Disclosure Officer

Enclosure

# EXHIBIT 1 (c)

October 29, 1999 Letter from D. Squires to R. Heggestad



OFFICE OF
CHIEF COUNSEL

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20234**

DL:113316-99


OCT 29 1999

BY FIRST CLASS MAIL AND FACSIMILE

Mr. Robert E. Heggestad
1320 19ᵗʰ Street, N.W.
Suite 600
Washington, D.C. 20036

Re: Request #99-12084 - Robert P. Brooks and Harry S. Stonehill

Dear Mr. Heggestad:

This letter is in response to your letter dated July 31, 1999, in which you appealed the
Internal Revenue Service's (Service) response to your Freedom of Information Act
(FOIA) requests dated July 10 and July 13, 1998, sent to the Internal Revenue Service
Office of International Operations. In these FOIA requests you sought specific
documents pertaining to transactions that occurred between certain individuals in the
United States and in the Philippines in the early 1960's. By letter dated December 11,
1998, the International Operations Disclosure Office responded to your FOIA requests.
In this letter, you were informed that a search was conducted and all responsive
documents located in the Service's possession that could be located were sent to you.

On January 5, 1999, you sent another letter to the Service requesting information
pertaining to the whereabouts of the documents requested, and to assist in the search,
you enclosed documents authored by other Government agencies. On January 6,
1999, you received a response from the International Operations Service Disclosure
Officer which stated that the documents appeared to be declassified documents from
other agency files which the Service was unable to locate. The Disclosure Officer
suggested that the Department of Justice (DOJ) may have more success locating the
documents as it had litigated the case.

In your appeal, you appealed the responses you received from both the Service and the
DOJ. Your letter stated that the DOJ had informed you that documents had been
destroyed. We have conferred with several Service employees who are familiar with
the subject of your appeal and they are unaware of the destruction of any documents.
This information was confirmed to you previously in conversations with Delilah
Schroeder, the attorney assigned to this appeal. In subsequent conversations between
you and Ms. Schroeder, you were informed that, to the best of our knowledge, these

DL-113318-99    .                     2

documents could not be located, and through conversations with appropriate Service
employees,  we believe that these documents indeed cannot be found.  However, with
respect to the other matter referred to in your appeal, a one page Federal Bureau of
Investigation (FBI) document from which information had been redacted at the request
of  the Service, we understand that the Department of Justice instructed you to appeal
the withholding of that material to the Service.  After careful consideration, the Service
has determined that the redacted portion of the document may be released to you at
this time.  The remaining redaction on the page was made pursuant to a prior  · ·
determination of the FBI.

The Freedom of Information Act requires us to advise you of the judicial remedies
granted by that Act.  You may file a complaint in the United States District Court in the
district in which you reside, or have your principal place of business, or in which the
agency records are located, or in the District of Columbia.

Should you need to contact me, my employee identification number is 50-06910, and
my telephone number is (202) 622-4570.

                                          Sincerely,


                                          DONALD M. SQUIRES
                                          Chief, Branch 2
                                          Disclosure Litigation


Enclosure

# EXHIBIT 1 (d)

March 15, 2001 Letter from R. Heggestad to C. Campell

LAW OFFICES
**HEGGSTAD & WEISS, P.C.**
A PROFESSIONAL CORPORATION
SUITE 600
1320 19th STREET, N.W.
WASHINGTON, D.C. 20006

Robert B. Heggstad

(202) 289-8333
Facsimile (202) 289-8307

March 15, 2001

**BY HAND**

Catherine Campell
Manager, Headquarters Disclosure Office
CL:GLD:A2:HQD
1111 Constitution Ave, N.W.
Washington, D.C. 20224

Re:   Request #99-12094-Robert P. Brooks and Harry S. Stonehill

Dear Ms. Campell:

On July 10, 1998, I filed an FOIA request for all information relating to Robert P. Brooks, Harry S. Stonehill and United States Tobacco Company. (Att. A) In response, after you had examined five (5) boxes containing documents or other records pertaining to my clients, you advised me that the request had been granted in full, "to the extent of the records in [your] possession," and provided copies of five documents to or from IRS agents, the Chief of the International Operations Branch and the Chief Counsel of the Internal Revenue Service ("IRS"), authored or sent during the time period August 1965 through November 1973. (Att. B)

On January 5,1999, I requested that you "advise me as to whether the records I ha[d] requested were once in your possession and, [if so], where they [were] located...." I further requested that if the records had been moved, I be informed of when they were moved. Finally, to assist in the search, I enclosed several documents from the State Department which referred to documents authored by IRS employees and sent to United States agencies and requested that I be informed of where these documents were located.(Att. C)

I was advised on January 6, 1999 that the boxes which were reviewed "contained the Collection Administrative file and documented all efforts to collect U.S. income taxes assessed against your clients" and that the documents that I had provided, authored or referring to IRS activities, did " not provide...information that would enable [the IRS] to locate additional records, if they exist, that are not in [IRS] possession at this time." You suggested that I file a new FOIA request with the Department of Justice "where the case was litigated...for a number of years" and that your office could be of no further assistance. (Att: D)

ER:271

Catherine Campell
March 15, 2001
Page 2

On July 31, 1999, I appealed the IRS determination that it did not have "any knowledge of the location of the requested documents and the decision of the IRS to withhold documents or redacted material pertaining to the IRS in FBI documents. (Att. E) On October 29, 1999, the Chief of Disclosure Litigation responded to the appeal, reaffirming that "to the best of [y]our knowledge, these documents could not be located, and through conversations with appropriate Service employees, [you] believe[d] that these documents indeed [could] not be found." (Att. F)

On November 30, 2000, in response to litigation filed against the Tax Division of the Justice Department and the Federal Bureau of Investigation ("FBI"), we were provided with copies of approximately 1,846 documents from the Tax Division files relating to the Stonahill case. Included in this document production, were several hundred documents, many of which were authored by the Chief Counsel for the IRS International Operations Branch and by the IRS agents who directly participated in this case beginning with its inception in the late 50's and early 1960's through mid 1976 when a final decision was issued by the United States District Judge assigned to this case.

As you most likely know, this case has never been closed by the IRS or by the United States District Court in United States v. Harry S. Stonehill, et al, Civil No. 65-127-HW (D.C. C.D. Calif.). Because this case is an open case, the IRS documents relating to the taxpayers (other than from the Collection Administrative file), which would be responsive to the 1998 FOIA request, can be located and should be readily accessible in the Office of the Associate Chief Counsel, International Operations Branch. These documents should not have been destroyed because this is an open case and under any circumstance, files pertaining to this case would have been maintained by the IRS as permanent records pursuant to Internal Revenue Service document retention regulations.

To assist you in your search, I have enclosed copies of approximately 450 pages of documents obtained from the Tax Division which should also be available directly in IRS files and which are responsive to my 1998 FOIA request. Many of these documents reference attached IRS memoranda or other documents which were not found in the Tax Division files. I am requesting that you advise me within the next five business days, whether you will agree to produce or alternatively make available for review, documents relating to the Stonehill case which are located in the Office of the Associate Chief Counsel or any other location within the jurisdiction of the IRS where documents responsive to the FOIA request may have been relocated. Given the almost 5 years which have elapsed since the filing of this request and the age and poor health of my clients, who are now in their early 80's, I am requesting that every effort be made to expedite a response to this request. If a satisfactory response is not forthcoming, I intend to file a complaint in the United States District Court for the District of Columbia.

Catherine Campbell
March 15, 2006
Page 3

Please let me know whether there is any additional information that I can provide which would assist you in expediting this search.

Sincerely

Robert B. Heggestad

Enclosures.
RBH:iam

# EXHIBIT 1(e)

March 16, 2001 letter from R. Heggestad to C. Campell

LAW OFFICES
**HEGGESTAD & WEISS, P.C.**
A PROFESSIONAL CORPORATION
SUITE 600
1320 19th STREET, N.W.
WASHINGTON, D.C. 20036

Robert B. Heggestad

(202) 289-4333
Facsimile (202) 289-4307

March 16, 2001

Catherine Campell
Manager, Headquarters Disclosure Office
CL:GLD:A2:HQD
1111 Constitution Ave, N.W.
Washington, D.C. 20224

### Re: Request #92-12094-Robert P. Brooks and Harry S. Stonehill

Dear Ms. Campell:

As a supplement to the documents forwarded to you yesterday, I am enclosing additional documents which include various memoranda authored by IRS agents in connection with the Stonehill case and documents pertaining to the Informers Reward Requests filed with the Office of International Operations by Jose Lukban and Menhart Spielman. These documents and related documents should be currently available in the Office of Associate Chief Counsel, International Operations Branch.

Sincerely,

Robert B. Heggestad

Enclosures.
RBH:lam