# EXHIBIT 2

November 26, 2002 letter from C. Field to R. Heggestad re Eight Boxes of Stonehill documents in Chief Counsel's Ofice.



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Mr. Robert E. Heggestad
Heggestad & Weiss, P.C.
1320 19th Street, N.W., Suite 600
Washington, D.C. 20036

Person to Contact:
Carroll Field (I.D. # 50-02306)
Telephone Number:
(202) 622-5151
Refer Reply to:
CL:GLD:A2:HQD/20-2001-02632
Date: November 26, 2002

Dear Mr. Heggestad:

This is a final response to your March 15, 2001, Freedom of Information Act request that was submitted on behalf of your clients, Robert P. Brooks and Harry S. Stonehill.

Between July 23, 2001, and October 2, 2002, you came to the Freedom of Information Reading Room and inspected all of the boxes of responsive documents that fall under the jurisdiction of the Office of Associate Chief Counsel (International). The responsive documents were stored in two locations: IRS Headquarters Office, Washington, D.C. – 8 boxes, and Federal Records Center, Suitland, Maryland - 86 boxes (Tab 1).

Upon inspection of these boxes, you requested particular documents be photo copied for your files. The following is a summary of dates that either documents or correspondence were mailed to you:

| DATE | PAGE NUMBER | TYPE OF RECORDS |
|---|---|---|
| August 14, 2001 | 1 to 657 | Chief Counsel (INTL) |
| October 3, 2001 | 658 to 1281 | Chief Counsel (INTL) |
| October 4, 2001 | 1282 to 1626 | Chief Counsel (INTL) |
| November 9, 2001 | 34 pages | Associate Chief Counsel Procedure and Administration (Collections, Bankruptcy & Summonses) |

ER:301

2

| DATE | PAGE NUMBER | TYPE OF RECORDS |
|---|---|---|
| January 24, 2002 | 1627 to 2437 | Federal Records Center |
| January 24, 2002 | 2438 to 2679 | Federal Records Center |
| January 24, 2002 | 2680 to 3969 | Federal Records Center |
| January 24, 2002 | 3970 to 4233 | Federal Records Center |
| February 15, 2002 | Duplication not needed | Federal Records Center |
| March 18, 2002 | 4234 to 4463 | Federal Records Center |
| April 3, 2002 | Duplication not needed | Federal Records Center |
| May 22, 2002 | | Payment request letter |
| May 24, 2002 | Duplication not needed | Federal Records Center |
| June 13, 2002 | Duplication not needed | Federal Records Center |
| September 27, 2002 | | Payment $872.60 received |
| October 9, 2002 | Not numbered | Federal Records Center |
| November 14, 2002 | Not numbered (166 pgs.) | Chief Counsel (INTL) |

On October 8, 2002, you sent in an email in which you questioned whether it is necessary for you to incur the costs of transcribing the reel-to-reel deportation hearings tapes to allow the IRS to review the transcripts prior to the release (Tab 2).

In response to this question, enclosed is an excerpt from the Department of the Treasury final rules regarding Freedom of Information Act. The final regulations were published in the Federal Register on June 30, 2000 (65 Fed. Reg. 127, pages 40503-40516). As stated in Section 1.7 Fees for services, subsection (g)(1)(ii) through (iv) state that all other types of duplication services "shall be charged to the requester at the actual cost charged by a private contractor." (Tab 3)

By letter dated November 14, 2002, you were advised that Boxes 17 and 83 are listed as missing from the Federal Records Center. In addition, two lists of withheld documents were mailed to you (Tab 4).

ER:302

3

Per our November 18, 2002, telephone conversation, you inquired whether Chief Counsel International maintained an index of documents that were forwarded to the Tax Division, Department of Justice (DOJ) for review and direct response to you.

On November 19, 2002, International informed me that an index was not kept of the documents that were forwarded to DOJ, however, I was informed five groups of documents (from boxes located in Headquarters Office) were sent to DOJ on the following dates:

    August 3, 2001
    September 11, 2001
    September 17, 2001
    September 21, 2001
    February 25, 2002

For your information, this office is asserting FOIA exemptions (b)(3), (b)(5) and (b)(7)(C) and (b)(7)(D) for all materials deleted or withheld. The statutory exemption for the (b)(3) exemption is 26 U.S.C. 6103.

This concludes my response to your FOIA request. Enclosed is Notice 393, which describe the exemptions asserted and provide information concerning your appeal rights (Tab 5).

                         Sincerely,

                         *Carroll Field* for
                         Maureen Sapero
                         HQ Disclosure Manager
                         I.D. # 60-00543

Enclosures
Tabs 1 – 5

| INSPECTION DATE | BOX NUMBER(S) | TYPE OF RECORDS |
|---|---|---|
| 7/23/01 | 1, 2 | Chief Counsel (INTL) |
| 8/06/01 | 3 | Chief Counsel (INTL) |
| 8/27/01 | 4, 5 | Chief Counsel (INTL) |
| 10/01/01 | 6, 7, 8 | Chief Counsel (INTL) |
| 11/02/01 | 11, 12, 13, 22, 37, 38 | Federal Records Center |
| 11/20/01 | 1, 9, 10, 18, 20, 23, 39 | Federal Records Center |
| 12/14/01 | 4, 27, 28, 29, 32, 38, 40 | Federal Records Center |
| 1/10/02 ** | 28, 29, 40 | Federal Records Center |
| 1/23/02 | 15, 25, 26, 31, 34, 36 | Federal Records Center |
| 1/28/02 ** | 28, 29, 31 | Federal Records Center |
| 2/14/02 | 14, 19, 24, 41, 47, 50 | Federal Records Center |
| 3/07/02 | 6, 8, 16, 45, 46, 48, 49 | Federal Records Center |
| 3/28/02 | 42, 51, 52, 53, 58 | Federal Records Center |
| 5/22/02 | 63, 68, 69, 74, 76, 80, 86 | Federal Records Center |
| 8/12/02 | 65, 67, 70, 71, 73, 78, 79 | Federal Records Center |
| 9/27/02 | 2, 61, 62, 64, 72, 75, 82 84, 85 | Federal Records Center |
| 10/02/02** | 42, 84, 85, 86 | Federal Records Center |

Revised 10/02/02
** Re-Inspection dates