# Exhibit 3

Discovery of 86 Boxes of Stonehill Records

# EXHIBIT 3 (a)

October 16, 2001 Letter from R. Fultz to R. Heggestad re Discovery of 86 Boxes of Stonehill Documents.



OFFICE OF
CHIEF COUNSEL

**DEPARTMENT OF THE TREASURY .
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224**

October 16, 2001

CC:INTL:RFultz

Robert E. Heggestad, Esq.
Suite 800
1320 19th Street, N.W.
Washington, D.C. 20036

Dear Mr. Heggestad:

Reference:   FOIA Request dated March 15, 2001

It is my understanding that you have recently made an inquiry concerning the status of our review and production of additional documents that may be responsive to your FOIA request regarding Harry S. Stonehill and Robert P. Brooks. We have located an additional 86 boxes of documents that are in storage at the IRS facility located in Suitland, Maryland. We reviewed a sample of the boxes and determined that some of them contain documents responsive to your FOIA request. We cannot be sure, however, whether every box contains responsive documents without examining the contents of each.

We are in the process of having the documents transported to the National Office (approximately twenty boxes at a time) for review so that any documents that contain either privileged material or third party taxpayer information which is prohibited from disclosure under I.R.C. § 6103, can be withheld from disclosure. This review process has already begun and will continue on a regular basis until all of the documents have been reviewed. We intend to provide you with additional documents as we complete our review. You will be contacted by Carroll Field, HQ Disclosure Office, as soon as additional documents are ready for your review. We are working as expeditiously as possible given the number of documents.

Sincerely,

Richard D. Fultz
Special Counsel (CC:INTL)

cc: Carroll Field

A. 001019

# EXHIBIT 3 (b)

November 14, 2002 Letter from C. Field to R. Heggestad re Missing Boxes.

 **DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Mr. Robert E. Heggestad
Heggestad & Weiss, P.C.
1320 19ᵗʰ Street, N.W., Suite 600
Washington, D.C. 20036

Person to Contact:
Carroll Field
Telephone Number:
(202) 622-5161
Refer Reply to:
CL:GLD:A2:HQD/20-2001-02632
Date: November 14, 2002

Dear Mr. Heggestad:

This is in reference to your March 15, 2001, Freedom of Information Act request that was submitted on behalf of your clients, Robert P. Brooke and Harry S. Stonehill.

Between July 31, 2001, and October 2, 2002, you have inspected all of the boxes of documents responsive to this FOIA request - eight boxes from the Office of Associate Chief Counsel (International), and 84 out of 86 boxes that were stored in the Federal Records Center located in Suitland, Maryland. The IRS Records Office has notified the Office of Associate Chief Counsel (International) that Boxes 17 and 83 are missing from the Federal Records Center.

Enclosed are the following documents:

1. List of documents withheld from Boxes 1 - 8, Office of Associate Chief Counsel (International). Tab 1 - 2 pages.

2. List of documents withheld from Boxes 1 - 86, Federal Records Center. Tab 2 - 13 pages.

3. Additional documents previously withheld from Boxes 1 - 8, Office of Associate Chief Counsel (International). Tab 3 - 168 pages.

Page 2

The Office of Associate Chief Counsel (International) is waiting on a reply from the Tax Attache in the Singapore office (which covers the Philippines) on whether the deportation hearings are public information. I will notify you as soon as I receive a response from that office.

Sincerely,

*Carroll Field*

Carroll Field
Tax Law Specialist
HQ Disclosure Office
Badge No. 60-02306

Enclosures
Tab 1 – 3

**List of Withheld in Full documents in Stonehill case**
**Boxes 1-8 (CC:INTL)**

## BOX 1

6103 - Tax returns of third parties for 1967-70.
6103 - Tax returns of third parties for 1961 and 1962.
6103 - Information on third party trusts.
6103 - Financial information on third parties.
6103 - Requests for release of federal tax liens on third parties.
6103 - Notices of Levy for third parties.
6103 - Personal information on third party.
6103 - Tax liabilities of a third party.
6103 - Court documents on a third party.
6103 - Personal information on third parties.
6103 - Testimony of a third party.
6103 - Information on insurance companies.

## BOX 2

(B)(5) attorney work product - Working papers of IRS attorney.
6103 - Personal information on third parties.
6105 - Competent authority letters regarding Stonehill.
6103 - Personal information on third parties.

## BOX 3

6103 - Financial information on third parties.
6103 - Liens on third parties.
6103 - Financial and personal information on third parties.

## BOX 4

6103 - Bank account information of third parties.
6103 - 1961-1964 corporate tax returns of a third party.
Non responsive - Memorandum to Office of International Operations from General
    Litigation Division dated 8-22-73 regarding request for assistance of special agent.
6103 - Letters discussing tax deficiencies of third parties.
6103 - Letters discussing liens against third parties.
6103 - IRS Wanted poster dated 7-16-68, regarding third party.
6103 - Insurance policy information on third party.

6103 - Letters discussing insurance policies of third parties.
6103 - Requests for tax returns of third parties.
6103 - Folder of personal documents of a third party.

## BOX 5

6103 - Documents relating to tax return of third party.
6103 - 1960 tax return of third party.
Nonresponsive - 1957 tax return of Harry Stonehill.
6103 - Financial information on third parties.
6103 - Form 1120 on third party.
6103 - Addresses and telephone numbers of third parties.
6103 - Financial information on third party.
6103 - 1962 tax return on third party.
6103 - Real estate information on third parties.
6103 - 1959 and 1960 tax returns on third parties.
6103 - 1960 Form 1120S on third party.
6103 - Information on tax liability on third party.
6103 - Financial information on third parties.
6103 - IRS memorandum of interview with a third party.
Nonresponsive - 1959 gift tax return for Harry Stonehill.
6103 - Financial information on third parties.
6103 - Levy against third party.
6103 - Real estate information on third party.
6103 - Information on tax liability on third party.

## BOX 6

6103 - IRS interview with third party.
(b)(7) - Memoranda discussing informant information.
(b)(7)/6103 - Personal information regarding an informant.

## BOX 7

(b)(7) - IRS and DOJ personnel interviewing a CIA agent.
(b)(7) - Memoranda regarding an informant.
6103 - Financial information on third parties.

## BOX 8

6103 - Memoranda discussing tax liability of a third party.

## List of documents withheld in full
## Boxes 1-86 from the Federal Records Center

### Box 1

6103 - Personal information on third party.
6103 - Information of collateral investigation of third parties.
6103 - Financial records of third parties.

### BOX 2

6103 - Financial and personal information on third parties.
(b)(5) attorney work product - handwritten notes of IRS employee regarding Motion to
    Dismiss - Hans Nathan Affidavit.

### BOX 3

6103 - Financial and personal information on third parties.

### Box 4

6103 - Tax returns of third parties.
6103 - Financial information of third party.
6103 - Corporate tax returns of third party.
6103 - Collateral investigation of third party.
6103 - SEC investigation of third party.
6103 - Collateral investigation of third parties.

### Box 5

6103 - Financial records of third parties.

### Box 6

6103 - Investigation of third party's tax liability.

### Box 7

6103 - Financial information on third party.

### Box 8

6103 - Collateral investigation on third party.

Box 9

Nothing withheld

Box 10

Non responsive - Letter re: 1956-57 tax returns of Stonehill.
6103 - Letters regarding third party accounts
6103 - Letters between two separate third parties.

Box 11

6103 - Information on third party life insurance
6103 - 1957 information on Stonehill's accounts.
6103 - 1957 information on third party.
Non responsive - Letters from third party ordering food dated 8/59
6103 - Letters from third party to other third parties.
6103 - 1957 financial information on third parties.
6103 - Financial information on third party.
6103 - Personal files on third party.

Box 12

6103 - 1957 financial information on third party.
6103 - Financial information on third party.
6103 - Third party business communications.

Box 13

6103 - Handwritten notes of interview with third party.
6103 - Real estate information on third parties.
6103 - Financial information on a third party.
6103 - Affidavit by third party dated 6/62.
6103 - Financial information on third party for 1962
6103 - Letters regarding a third party's movie.
6103 - Financial information on third party.
6103 - Financial and personal information on a third parties.

Box 14

6103 - Letter from a third party to another third party  - 2/62
6103 - Bank account information on third party - 4/61
6103 - Bank account information on third parties.
6103 - 1963 tax returns on third parties.
6103 - 1963 bank account information of third parties

6103 - Financial information on third party companies
Non responsive  - Embassy of America, Manilla, affidavit regarding personal records of
          embassy employees.

<u>Box 15</u>

Nothing withheld

<u>Box 16</u>

6103 - Memoranda regarding collateral investigation of third parties.
6103 - Information on third party's appearance before Grand Jury in southern district of NY
6103 - Attorney Huckabee's notes regarding third party.
6103 - Memorandum regarding tax liabilities of third party.
6103 - Memorandum to file regarding third parties dated 8/65.
6103 - Memoranda regarding investigation of third party.
6103 - RA Ragland's handwritten notes on cases concerning third parties.
6103 - Agent Ravett's handwritten notes on case concerning third parties.
(b)(5) attorney work product - Attorney Huckabee's handwritten notes regarding the 1962
          raid.
(b)(7) - Information on informant.

<u>BOX 17</u>

Missing from Federal Records Center

<u>Box 18</u>

6103 - Interviews with various third parties.

<u>Box 19</u>

6103 - Personal Information on witnesses of companies
6103 - Tax returns for third parties.
6103 - Index of California witness list - names and addresses, phone numbers.
6103 - Copy of letter of credit from Dusseldorf bank.
6103 - Letters regarding foreign third parties.
6103 - Personnel files of third party company.
6103 - Personal information on potential witnesses.

<u>Box 20</u>

6103 - Company documents of third party.
6103 - Copies of affadavits of personnel from tobacco companies
6103 - Copies of orders for tobacco from a tobacco company

6103 - Letters and checks of third party - 1958.
6103 - Examples of barter agreements for third party.
6103 - Permits/applications to import tobacco by third party
6103 - Letters regarding third party dated 8/59.
6103 - Affidavit of third party company official
6103 - Order sheets of third party.
6103 - Bill of lading for third party
6103 - 1959 and 1960 1120's for third party.
6103 - Interview with third party by IRS personnel.
6103 - Personal financial information of third parties.
6103 - Audit statement of additional taxes for third party.
6103 - Form 1040 for a third party.
6103 - Collateral reply letter of third party dated 7/63.
6103 - Financial information of third party.
6103 - Copy of third party's Swiss bank accounts.
6103 - Letter regarding investigation of third party dated 6/66.
6103 - Collateral investigation report on third parties.
6103 - Bank account information on third party
6103 - Personal information on third parties.
6103 - Letters from U.S. embassy in Manila regarding search for a third party.
6103 - Wells Fargo bank accounts of third parties.
6103 - Savings & Loan accounts of third parties.
6103 - Third party bank account at Swiss bank.
6103 - Third party's account at NY bank.
6103 - Third party account at Universal NY.
6103 - Interview questions for third party.
6103 - Third party account at Swiss bank.
6103 - Interview with third party on 3/63.

Box 21

6103 - Investigative files on third parties.

Box 22

6103 - Index of third party's papers.
6103 - Letters regarding third party bank accounts.
6103 - Personal information on third party.
6103 - Letters regarding third party.
6103 - Letters regarding third party
6103 - Financial information on third party.
6103 - Financial information on third party.
6103 - Third party account information.
6103 - Financial information on third party.
6103 - Letters regarding accounts of third parties.

6103 – Company share certificates for third parties.
6103 – Financial information on third party.
6103 – Stock share accounts third parties.

Box 23

6103 – Files of personal and tax liability information on third party.
6103 – Will of third party.

Box 24

6103 – 1965 tax return of third party.
6103 – Two copies of the Last Will and Testament of third party.
6103 – List of questions for the deposition of third party.
6103 – Information on bank account of third party.
6103 – Bank account information on third parties.
6103 – Stock certificates for third parties.
6103 – Personal information on third party.

Box 25

6103 – Bank accounts of third parties.
6103 – Third party's business ledgers.
6103 – Collateral investigation information regarding third parties.
6103 – List of agent's questions for third parties
6103 – Collateral investigation of a third party.
6103 – Account information of third parties at foreign corporation.
6103 – Collateral investigation of third party.
6103 – Investigation of third party's tax liabilities.
6103 – Collateral report on financial information on third parties.

Box 26

6103 – Investment information on third parties.
6103 – Third party financial information.
6103 – Third party financial information.
6103 – Third party tax return information.
6103 – Third party financial information.
6103 – Third party investment information
6103 – Third party investment information
6103 – Collateral investigation of third party.
6103 – Financial information of third parties.
6103 – Collateral investigation of third parties.
6103 – Immigration information on third party.
6103 – Financial information of third parties.

Box 27

Non responsive  - Stonehill's 1957 cash available statements.
Non responsive - Brooks' 1957 cash available statements.
Non responsive - Stonehill's 1947 divorce property settlement
Non responsive - Stonehill's 1950-57 wages and earnings.
6103 - Analysis of funds on books of third party.
6103 - Financial information of third parties.
6103 - Philippine witness list.
6103 - Analysis of funds deposited by third parties into Swiss accounts.
6103 - Financial information of third parties.
6103 - Tracing of funds to third party.

Box 28

(b)(5) attorney work product - documents regarding research on obtaining admissible
        evidence from overseas.
6103 - Documents regarding third party  - 1963 and 1964.
6103 - Analysis of debits for various accounts at third party.
6103 - Collateral investigation of third party.
6105 - Competent authority information.
6103 - Memorandum on collateral investigation of third party - 9/65
6103 - SAR regarding a third party dated 4/65.
6103 - Personal information on third parties.
6103 - Memorandum regarding a third party's testimony dated 3/65.
6103 - Memorandum regarding collateral investigation of third party dated 10/62.
6103 - Memorandum regarding collateral investigations of third parties in eight cities.
6103 - Audit plan for collateral investigations
6103 - Third party collateral investigation dated 10/62
6103 - Third party collateral investigation dated 10/64.
6103 - Information on collateral investigation of third party dated 2/62.
6103 - Information on tobacco transactions for a third party.
6103 - Third party collateral investigation information.
6103 - Dept. of Agriculture document regarding tobacco companies and tobacco exports
        to the Philippines.
6103 - Document of interview of third party.
6103 - Personal information of third party.
6103 - 1964 information on collateral investigation of third party.
6103 - Air Force investigation report date 1959 on third party
6103 - Living trust of a third party.
6103 - Memorandum regarding Canadian interest in Stonehill - 1964.
6103 - Request by Sterling Powers for Philippine Supreme Court documents
6103 - Information on collateral investigation of third party individuals.
6103 - Financial information on third party
6103 - Requests for Stonehill's and Brooks' pre-1958 Philippine tax returns.

Box 29

6103 - OCD Progress report on collateral investigation of third party dated 6/64.
6103 - Progress report on collateral investigation of third party dated 5/64.
6103 - Progress report on collateral request dated 1/65.
6103 - Progress report on collateral request dated 12/64.
6103 - Progress report on collateral request dated 11/64.
6103 - Progress report on collateral request dated 10/64.
6103 - Progress report on collateral request dated 9/64.
6103 - Special Agent's report on collateral investigation dated 11/63.
6103 - Report on collateral request to a foreign tax authority dated 5/65.
6103 - Progress report on a collateral request dated 5/65
6105 - Report on a collateral request to another country
6105 - Report on a collateral request to another country dated 9/65.
6103 - Claim for informer's reward by third party dated 7/66.
6103 - Financial information on third party.
6103 - Form 1120 for third party for 1957.
6103 - Tax returns of third party
Non responsive - Tax returns of Brooks dated 1956.
Non responsive - Tax returns of Stonehill dated 1956 and 1957.
6103 - List of NBI agents (team leaders)
6103 - Memorandum of collateral investigation on third party dated 3/66.
6103 - Letters regarding Manhattan collateral investigation - 10/62.
6103 - Memorandum on collateral investigation on third parties dated 5/66
6103 - Memorandum regarding personal information on a third party dated 2/66.
Non responsive - Transmittals requesting tax returns, special paper, supplies.
6103 - Financial information on Hong Kong company.
Non responsive - Canadian deportation hearings for R. Brooks.
6103 - Special Agent's report on third party investigation dated 8/64.
6103 - Special Agent's report on third party and pre-1957 returns.
6103 - Special Agent's report on third party's investigation dated 5/63.
6103 - Memoranda regarding third party's tax liability dated 4/65.
6103 - Intel report on third parties dated 5/64.
6103 - Memorandum regarding information on third party.
6103 - Names and information re: collateral investigations
6103 - Interview with official of Philippine Cigarette Factory.
6103 - Special report on collateral investigation.
Non responsive - Administrative time reports for agents on this case.

BOX 30

6103 - Financial and personal information on third parties.

**BOX 31**

6103 - Financial and personal information of third parties.
(b)(7) - Information on an informant.

**BOX 32**

6103 - Financial and personal information about third parties.

**BOX 33**

6103 - Financial and personal information about third parties.

**BOX 34**

6103 - Financial and personal information about third parties.
6105 - Treaty information.

**BOX 35**

6103 - personal information about third parties.

**BOX 36**

Nothing withheld

**BOX 37**

Nothing withheld

**BOX 38**

Nothing withheld

**BOX 39**

Nothing withheld

**BOX 40**

Nothing withheld

**BOX 41**

Nothing withheld

BOX 42

Tapes

BOX 43

6103 - Audit documents on third party.

BOX 44

6103 - Audit documents on third party.

BOX 45

6103 - Financial and personal information on third parties.

BOX 46

6103 - Financial information on third parties.

BOX 47

6103 - Financial information on third party.

BOX 48

6103 - Financial information on third parties.

BOX 49

6103 - Financial information on third parties.

BOX 50

6103 - Financial information on third parties.

BOX 51

6103 - Financial information on third parties.

BOX 52

6103 - Financial information on third parties.

<u>BOX 53</u>

Nothing withheld

<u>BOX 54</u>

6103 - Financial information on third parties.

<u>BOX 55</u>

6103 - Financial information on third party.

<u>BOX 56</u>

6103 - Financial information on third parties.

<u>BOX 57</u>

6103 - Financial information on third parties.

<u>BOX 58</u>

Nothing withheld

<u>BOX 59</u>

Non responsive - pre 1988 return information.

<u>BOX 60</u>

6103 - Financial information on third parties.

<u>BOX 61</u>

Nothing withheld

<u>BOX 62</u>

Nothing withheld

<u>BOX 63</u>

Nothing withheld

<u>BOX 64</u>

Nothing withheld

<u>BOX 65</u>

Nothing withheld

<u>BOX 66</u>

6103 - Financial information on third party.

<u>BOX 67</u>

Nothing withheld

<u>BOX 68</u>

Nothing withheld

<u>BOX 69</u>

Nothing withheld

<u>BOX 70</u>

Nothing withheld

<u>BOX 71</u>

Nothing withheld

<u>BOX 72</u>

Nothing withheld

<u>BOX 73</u>

6103 - Personal information of third party.

<u>BOX 74</u>

Nothing withheld

<u>BOX 75</u>

6103 - Financial and personal information on third parties.

<u>BOX 76</u>

Nothing withheld

<u>BOX 77</u>

6103 - Financial information on third party.

<u>BOX 78</u>

6103 ~ Copies of summons for third party.

<u>BOX 79</u>

6103 ~ Copy of summons for third party.

<u>BOX 80</u>

Nothing withheld

<u>BOX 81</u>

6103 - Financial information of third party.

<u>BOX 82</u>

6103 ~ Financial information of third party.

<u>BOX 83</u>

Missing from Federal Records Center

<u>BOX 84</u>

6103 - Financial and personal information on third parties.
Non responsive - pre-1957 tax returns for Stonehill and Brooks.
6105 ~ Competent authority information from four countries.
(b)(7) ~ Memorandum of interview with informant dated 2/66.
(b)(5) Attorney-client privilege/attorney work product - Durkin's handwritten notes regarding
    Huckabee's interview with Agent Ragland concerning the March 1962 raid of
    Stonehill's offices.

**BOX 85**

6103 - Financial and personal information on third parties.

**BOX 86**

Microfiche