# EXHIBIT 4

Documents related to Estate of Harry S. Stonehill

# EXHIBIT 4(a)

Handwritten Will of Harry S. Stonehill

HANDWRITTEN WILL

CHURRIANA
26 OF JUNE 2001

OF
HARRY STONEHILL

I, HARRY SOLOMON STONEHILL HAVE WRITTEN THIS DOCUMENT IN TROISTORRENTS ON THE 7TH OF MAY 2001 TO SERVE AS MY WILL, IN ACCORDANCE WITH THE FORMS PRESCRIBED UNDER ARTICLE 505 OF THE SWISS CIVIL CODE (SCC).

I SIGN THIS DOCUMENT AS MY LAST WILL, I SIGN IT WILLINGLY AS MY FREE AND VOLUNTARY ACT FOR THE PURPOSE THEREIN EXPRESSED. I DECLARE THAT I AM OF AGE AND MAJORITY OR OTHERWISE LEGALLY EMPOWERED TO MAKE A WILL, AND UNDER NO CONSTRAINT OR UNDUE INFLUENCE.

I HEREBY REVOKE ALL WILLS AND CODICILS I HAVE PREVIOUSLY MADE.

I APPOINT THE FOLLOWING EXECUTORS AND SUCCESSOR EXECUTORS FOR THIS WILL TO SERVE WITHOUT BOND IN THE ORDER INDICATED. SHOULD ONE OF THE FIRST APPOINTEES BECOME UNABLE TO SERVE, THEN THE SECOND AND THEN THE THIRD SHOULD SERVE WITH THE REMAINING FIRST APPOINTEE IN THE ORDER INDICATED.

FIRST APPOINTEES: ATTY. JACQUES HALDY AND MY WIFE BRAIN (LIBBY) STONEHILL
SECOND APPOINTEE: DR. PATRICK LENZ
THIRD APPOINTEE: ELIZABETH THOMPSON STONEHILL

THE EXECUTORS HAVE ALL THE RIGHTS AND OBLIGATIONS DEFINED UNDER ARTICLES 517 AND 518 SCC. IN PARTICULAR, THEY HAVE ALL THE POWERS TO DISTRIBUTE MY ASSETS AS SET OUT IN THIS WILL.

GOVERNING LAW: AS A SWISS CITIZEN, HAVING MY LEGAL DOMICILE IN TROISTORRENTS, VALAIS, SWITZERLAND, THIS WILL SHALL BE SUBJECT TO THE SWISS LAWS. IF, FOR ANY REASON, I WOULD NO LONGER BE OR NO LONGER BE CONSIDERED AS DOMICILED IN SWITZERLAND ON THE DAY OF MY DEATH, I DECIDE THAT MY WILL BE SUBJECT TO THE LAWS OF SWITZERLAND AND TO THE COURTS COMPETENT IN MY PLACE OF ORIGIN, IE, TROISTORRENTS, DISTRICT OF MONTHEY, SWITZERLAND, THIS IN ACCORDANCE WITH ARTICLE 87, AL 2 OF THE SWISS FEDERAL CODE ON PRIVATE INTERNATIONAL LAW.

BURIAL EXPENSES ARE TO COME FROM MY ESTATE BEFORE DISTRIBUTION OF ANY ASSETS.

29/10/2002  20:39  +34-5-293-5107                VILLA GUADIMURINA                              PAGE  03

## 7.

I, HARRY S. STONEHILL, THE TESTATOR, SIGN MY NAME TO THIS WILL,

_____ PAGES IN TOTAL, THIS 26TH DAY OF JUNE 2001

I SIGN THIS DOCUMENT AS MY LAST WILL, THAT I SIGN IT WILLINGLY, AND THAT I EXECUTE IT AS MY FREE AND VOLUNTARY ACT/FOR THE PURPOSE THEREIN EXPRESSED.

I DECLARE THAT I AM OF THE AGE AND MATURITY OR OTHERWISE LEGALLY EMPOWERED TO MAKE A WILL, AND UNDER NO CONSTRAINT OR UNDUE INFLUENCE.

*[signature: Harry S. Stonehill]*

WE THE WITNESSES SIGN OUR NAMES TO THIS DOCUMENT, AND DECLARE THAT THE FOREGOING IS TRUE AND CORRECT THIS _____ DAY OF _____ 2001.  *HS*

_____  *HS*
Residing at                      *HS*
                                 *HSS.*

_____
Residing at

_____
Residing at

# EXHIBIT 4(b)

June 13, 2007 Statement of Dr. Patrick Lenz

**Dr. Patrick Lenz**

Rte des Véroz 13, CP 63
CH-1872 Troistorrents

Troistorrents, the 13.06.07

Mrs. Pauline Dale-Stonehill
Calle Niza 12
Urb. Los Alamos
Torremolinos
29620 Malaga
Spain

I, Patrick Lenz, hereby accept the position as co-executor to the Will of Harry S. Stonehill.

I will ensure, to the best of my abilities to carry out Harry's last wishes in consultation with my co-executor.

Patrick Lenz

# EXHIBIT 4(c)

October 15, 2018 letter from Dr. Patrick Lenz to R. Heggestad

**Dr. Patrick Lenz**

Rte des Véroz 9, CP 63
CH-1872 Troistorrents

Troistorrents, the 15.10.18

**Robert E. Heggestad**
1747 Pennsylvania Ave., NW
Suite 1250
Washington, DC 20006

Estate of Harry S. Stonehill

Dear Mr. Heggestad,

As promised, I have obtained the information you requested regarding the current status of the Estate of Harry S. Stonehill. There is no prescription for successions ( i.e. time limits to close an estate) according to Swiss law unless there is a repudiation of the inheritance by the heirs which is not the case regarding Harry Stonehill's estate. To make sure I called the district court of Monthey (Monthey is in charge of Troistorrents, the town where Harry had his domicile). They hold no record about Harry and/or his succession at all and would not be expected to have a record unless there had been a repudiation of the Estate by an heir. As a Co-executor of the Estate of Harry S. Stonehill, I have never taken any action to close the Estate. Unless my co-executor, Pauline Stonehill, or the previous co-executor, Jacques Meuwly, have taken actions (that I am not aware of) to close the Estate, the Estate is still active in Switzerland.

With my best regards

Dr. Patrick Lenz

Co-Executor of the Estate of Harry S. Stonehill