# EXHIBIT 6

June 10, 2014 FOIA Request

# EXHIBIT 6 (a)

March 31, 2017 letter from P. S. Thompkins to B. Mclean



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

March 31, 2017

Bethany McLean
1713 North Wood Street
Chicago, IL 60622

Dear Ms. McLean:

I am responding to your Freedom of Information Act (FOIA) requests dated July 10, 2014 that we received on July 23, 2014 and date March 14, 2016 that we received on March 25, 2016.

You asked for logs, correspondence, and records related to the 86 boxes of records regarding Harry S. Stonehill from the period of January 1, 1998 to July 10, 2014 and information regarding William W. Saunders, Mr. Stonehill's attorney.

The tax authorization you attached to your request needs additional documentation to be considered valid. In order for us to continue processing your request for information, please provide us with evidence that Pauline Dale Stonehill has the authority to act as executor for Mr. Harry Stonehill. This documentation may include a copy of the will, a testamentary letter, and/or other authorizing document from the court where the will is being probated.

Please send us the indicated information within 14 days. Your two cases, mentioned above, will be held open during this time period.

You may contact me, FOIA Public Liaison, P. Sharisse Tompkins, to discuss your request at:

> PO Box 2986
> MS 7000 AUSC
> Austin, TX 78768
> 737-800-5460

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues you may call the IRS toll free number at 1-800-829-1040. You may also contact the Estate and Gift Tax Help Line at 800-829-4933 for assistance. Please also consult Publication 559,

ER:408

2

Survivors, Executors, and Administrators (https://www.irs.gov/pub/irs-pdf/p559.pdf) , and Instructions for Form 56 (https://www.irs.gov/pub/irs-pdf/i56.pdf).

If you have any questions, please call Tax Law Specialist A. Amparano, ID # 0220447, at (214) 413-6489, or write to: Internal Revenue Service, Disclosure Office 9, P.O. Box 621506, Stop 211, Atlanta, GA 30362-3006. Please refer to case number # F14205-0003 and F16088-0034.

Sincerely,

*P. Tompkins* (signature)

P. Sharisse Tompkins
Disclosure Manager
Disclosure Office 9

Enclosures
  Publication 559
  Instructions for Form 56

# EXHIBIT 6 (b)

May 10, 2017 letter from P. S. Thompkins to B. Mclean



PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

May 10, 2017

Bethany McLean
1713 North Wood Street
Chicago, IL 60622

Dear Ms. McLean:

This is our final response to your Freedom of Information Act (FOIA) requests dated July 10, 2014 that we received on July 23, 2014 and dated March 14, 2016 that we received on March 25, 2016.

You asked for logs, correspondence, and records related to the 86 boxes of records regarding Harry S. Stonehill from the period of January 1, 1998 to July 10, 2014 and information regarding William W. Saunders, Mr. Stonehill's attorney.

Thank you for the response you provided in regard to substantiation of the disclosure authorizations attached to your requests. Unfortunately it does not provide sufficient information to support the statements made on Form 56, Notice Concerning Fiduciary Relationship. Please note the executor/fiduciary relationship has a finite term. Once the estate/probate is closed, the authorities and relationship terminate. Since the authority to re-disclose as provided by Form 56 is not established, the authority to receive tax information as provided, by Form 8821, Tax Information Authorization, cannot be honored.

We apologize for the delay in getting this final response to you. Additional time was used to evaluate other possible avenues of access that might be available to you. Unfortunately given the information available none could be determined.

If you have any questions, please call Tax Law Specialist A. Amparano, ID # 0220447, at (214) 413-5489, or write to: Internal Revenue Service, Disclosure Office 9, P.O. Box 621506, Stop 211, Atlanta, GA 30362-3006. Please refer to case number # F14205-0003 and F16088-0034.

Sincerely,

P. Sharisse Tompkins
Disclosure Manager
Disclosure Office 9

# EXHIBIT 6 (c)

August 28, 2017 letter from T. Carrilo to B. Mclean

1

| | |
|---|---|
| **Internal Revenue Service**<br>Appeals Office M/S 55203<br>5045 E Butler Ave<br>Fresno, CA 93727-5136<br><br>Date: **AUG 2 8 2017**<br><br><br>BEVERLY MCLEAN<br>1713 NORTH WOOD STREET<br>CHICAGO, IL 60622 | **Department of the Treasury**<br><br>**Person to Contact:**<br>Ronald Murrin<br>**Employee ID Number:**<br>1000157545<br>Tel: (559) 454-6358<br>Fax: (855) 252-2981<br>**Refer Reply to:**<br>AP:EX:FRC:RAM<br>**In Re:**<br>Freedom of Information Act<br>**Disclosure Case Number(s):**<br>F14205-0003 |

Dear Ms. Mclean,

This letter is in response to your Appeal request dated August 2, 2017 and received on August 7, 2017. You asked for logs, correspondence, and records related to 86 boxes of records regarding Harry S. Stonehill for the period of January 1, 1998 to July 10, 2014. You also requested information regarding William W. Saunders (Mr. Stonehill's attorney) under the Freedom of Information Act (FOIA). You have expressed concern that the Disclosure Manager Ms. Tompkins has not provided you with formal Appeal's rights, or cited exemptions/exclusions regarding the denial of your FOIA request.

Appeal's obligation is a de novo review of the FOIA request via the information contained in your Appeal, the Disclosure Office's case notes, and their previous actions. Appeals also reviews the response of the Disclosure Office, and researches the authority to disclose documents which have been requested. Based on the facts and circumstances, a standard executor/fiduciary relationship would have a finite term. Once the estate/probate is closed, the authority and relationship would terminate. We have found no information to determine if the estate/probate in this matter remains open. Whether this matter is open or closed, none of the requested documents may be disclosed without complete and proper authorization. The documentation on file did not provide sufficient information to support the authority for any current appropriate recognized fiduciary relationship.

The Disclosure Manager has responded to your FOIA request, but without the required authorization, any further substantiation of authority to re-disclose information would not be allowable. Your Appeal request does not represent a proper administrative appeal within the purview of the FOIA process. Since there is no jurisdiction for any administrative appeal under these circumstances, we are closing our file in regard to this matter.

Sincerely,

T. Carrillo

T. Carrillo
Appeals Team Manager

ER:411