# EXHIBIT 7

September 28, 2018 FOIA Request

# EXHIBIT 7 (a)

September 28, 2018 FOIA Request

September 28, 2018

VIA FIRST CLASS MAIL

IRS FOIA Request
HQ FOIA
Stop 211
PO Box 621506
Atlanta, GA 30362-3006

**RE: Freedom of Information Act Request**

Dear Sir/Madame:

This is a request under the Freedom of Information Act, , 5 U.S.C. § 552 and the Privacy Act of 1974, 5 U.S.C. § 552 (a) for all records and documents, including electronic correspondence, related to storage, transfer and review of documents concerning Harry S. Stonehill and United States v. Stonehill, 65-cv-0127 (C.D. Cal.) ("Stonehill documents") located at the Internal Revenue Service (IRS) Chief Counsel's Office and the IRS storage facility in Suitland, Maryland during the time period January 1, 1998 thru January 1, 2003, including but not limited to:

1) All records and correspondence discussing or related to the discovery and review of the 8 boxes of Stonehill documents in the IRS Chief Counsel's office (safe or vault) in 2001 including but not limited to correspondence to or from, Richard Fultz, IRS Disclosure Officers Steven Flesner and Carole Field, Tax Division attorneys Charles Duffy, John McCarthy, Mae Lew, Seth Heald or any representative of the IRS, the Department of Justice Tax Division ("Tax Division"), the National Archives and Records Administration ("NARA"), the IRS Records Center or the IRS Office of Chief Counsel (International);

2) All records and correspondence discussing or related to the discovery, transfer and review of the 86 boxes of Stonehill documents in the Federal Records Center in Suitland, Maryland in 2000-2002 including but not limited to correspondence to or from Richard Fultz, Carole Field, Charles Duffy, John McCarthy, Mae Lew, Seth Heald or any representative of the IRS, the Tax Division, NARA, the IRS Records Center or the IRS Office of Chief Counsel (International);

3) All logs and/or records containing names of any representative of the IRS or the Tax Division who had access to or reviewed the 8 boxes of Stonehill documents in the IRS Chief Counsel's office, safe or vault in 2001 or the 86 boxes of IRS Stonehill documents discovered in 2000-2003 in the IRS storage facility in Suitland, Maryland;

4) All records or correspondence related to the original numbering and subsequent re-numbering and inspection of the 86 boxes of Stonehill documents stored at the Federal Records Center in Suitland Maryland during 2001 and 2002;

5) All records or correspondence relating to the discovery that Boxes 17 and 83 were missing from the Federal Records Center including but not limited to all records and/or correspondence to or from IRS Counsel Richard D. Fultz, IRS Attorney Mae Lew and IRS Disclosure Officer Carroll Field, Tax Division attorneys John McCarthy, Charles Duffy, Seth Heald, the IRS Records Office and the Office of Associate Chief Counsel (International);

6) All documents describing the numbering and the contents of the 8 boxes of Stonehill documents in the Chief Counsel's office (safe or vault) and the 86 boxes of Stonehill documents in the Federal Records Center in Suitland, Maryland; and

7) All records or correspondence related to the transfer of the 86 boxes of Stonehill documents stored at the Federal Records Center in Suitland Maryland to the Tax Division and/or the IRS.

This request is substantially duplicative of the FOIA request filed by Bethany McLean on July 10, 2014, #F14205-0003. Although this request does not seek copies of the documents in the boxes described above related to Harry Stonehill, who is deceased, (other than those documents related to the numbering of the boxes and the description of the contents of the boxes) and thus do not involve any privacy rights concerning Mr. Stonehill's tax returns or tax return information under 26 U.S.C.1603, to the extent that any privacy rights are asserted related to Mr. Stonehill, I am attaching a Certification of Identity, a Privacy Release, a Power of Attorney, Tax Information Authorization and a Notice Concerning Fiduciary Relationship from Pauline Stonehill, Mr. Stonehill's wife, beneficiary and Co-Executor and Co-Administrator of his estate.

If it is your position that records exist that are responsive to this request, but those records (or portions of those records) are exempt from disclosure, please identify the records that are being withheld and state the basis for the denial for each record being withheld. In addition, please provide the nonexempt portions of the records.

I request that all fees in connection with this FOIA request be waived in accordance with 5 U.S.C. § 552(a)(4)(A)(iii), because it does not seek the records for a commercial purpose and disclosure "is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government." Accordingly, I request that you waive all fees for locating and duplicating the records. If, however, a waiver is not granted, then please advise me of the amount of any proposed search, review, and reproduction charges before those activities are carried out.

I will expect a response within 20 working days as provided by law. If you have any questions regarding this request, please contact me at the address below.

Thank you very much for your attention to this matter.

Sincerely,

Robert E. Heggestad
1747 Pennsylvania Ave., NW
Suite 1250
Washington, DC 20006
(202) 733-6726
robert@reheggestad.com

U.S Department of Justice

## Certification of Identity



Privacy Act Statement. [illegible]

[illegible]

Full Name of Requester[1] Harry S Stonehill, Deceased

Citizenship Status[2]

Social Security Number[3] 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

Current Address Deceased

Date of Birth

Place of Birth

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Robert E Heggestad, 1747 Pennsylvania Ave NW Suite 1250, Washington, DC 20006

Print or Type Name

I declare under penalty of perjury [illegible]

Signature[4] Paulina Dala Stonehill Date 10 August 2018

Paulina Dala Stonehill co-executor and co-administrator of the estate of Harry S Stonehill

[1] Name of individual who is the subject of the record(s) sought

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U. S C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you

[4] Signature of individual who is the subject of the record sought

# Privacy Act Release Form

## Internal Revenue Service

Federal Agencies are prohibited from releasing information concerning an individual to a third party under the Privacy Act or 1974. Please complete and sign this form, which will allow information regarding Harry S. Stonehill, deceased SSN #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 (as described in the attached FOIA/Privacy Act Request) to be released to:

Robert E. Heggestad
1747 Pennsylvania Ave. NW, Suite 1250
Washington, DC 29996
Telephone Number: 202733-6726

[signature]

**Pauline Dale Stonehill**

Co-Executor and Co-Administrator of the Estate of Harry S. Stonehill

Date: 10 August 2013

Mail to: Robert Heggestad
1747 Pennsylvania Ave. NW, Suite 1250
Washington, DC 29996

Additional Comments or information may be attached: Please see attached FOIA/Privacy Act Request

**2848** Power of Attorney and Declaration of Representative

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date

▶ Go to www.irs.gov/Form2848 for instructions and the latest information.

**Part I Power of Attorney**

Caution: A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

1 **Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address
Harry S. Stonehill, Deceased

Taxpayer identification number(s)
soc sec # 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

Daytime telephone number | Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

2 Representative(s) must sign and date this form on page 2, Part II.

Name and address
Robert E. Heggestad
1747 Pennsylvania Ave NW, Suite 1250
Washington, DC 20006

CAF No.
PTIN
Telephone No. 202 733-6725
Fax No.

Check if to be sent copies of notices and communications ☐ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No.
PTIN
Telephone No.
Fax No.

Check if to be sent copies of notices and communications ☐ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No.
PTIN
Telephone No.
Fax No.

Note: IRS sends notices and communications to only two representatives. Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No.
PTIN
Telephone No.
Fax No.

Note: IRS sends notices and communications to only two representatives. Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

3 **Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| | 1040 | Periods 1956-1961 |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF ▶

5a **Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;

Authorize disclosure to third parties; ☐ Substitute or add representative(s); ☐ Sign a return;

Other acts authorized:

For Privacy Act and Paperwork Reduction Act Notice, see the instructions. Cat. No. 11980J Form **2848**

b Specific acts not authorized. My representative(s) is (are) not authorized to endorse or otherwise negotiate any check [illegible] directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated, issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b):

6 Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7 Signature of taxpayer. If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.

**▶ IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

[Signature] Co-Executor and Co-Administrator of the Estate of Harry S. Stonehill

Signature Date Title (if applicable)

Pauline Dale Stonehill 15 August 2018

Print Name Print name of taxpayer

**Part II Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.

d Officer—a bona fide officer of the taxpayer organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

h [illegible] Annual Filing Season Program Record of Completion(s). *See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.*

k Qualifying Student—receives [illegible] status as a law, business, or accounting student working [illegible] requirements.

r [illegible] Plan Agent [illegible] section 10.3(e).

**▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** [illegible]

| Designation—Insert above letter (a–r) | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|

Form **8821** (Rev. January 2018) Department of the Treasury Internal Revenue Service

# Tax Information Authorization

▶ Go to www.irs.gov/Form8821 for instructions and the latest information.
▶ Don't sign this form unless all applicable lines have been completed.
▶ Don't use Form 8821 to request copies of your tax returns or to authorize someone to represent you.

OMB No. 1545-1165
For IRS Use Only
Received by:
Name
Telephone
Function

**1 Taxpayer information.** Taxpayer must sign and date this form on line 7.

Taxpayer name and address
Harry S. Stonehill, deceased

Taxpayer identification number(s)
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

Daytime telephone number  Plan number (if applicable)

**2 Appointee.** If you wish to name more than one appointee, attach a list to this form. **Check here if a list of additional appointees is attached** ▶ ☐

Name and address
Robert E. Heggestad,
1747 Pennsylvania Ave. NW, Suite 1250
Washington, DC 20006

CAF No.
PTIN
Telephone No. 202-733-5728
Fax No.
Check if new: Address  Telephone No. ☐  Fax No.

**3 Tax Information.** Appointee is authorized to inspect and/or receive confidential tax information for the type of tax, forms, periods, and specific matters you list below. See the line 3 instructions.

☐ By checking here, I authorize access to my IRS records via an Intermediate Service Provider.

| (a) Type of Tax Information (Income, Employment, Payroll, Excise, Estate, Gift, Civil Penalty, Sec. 4980H Payments, etc.) | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) | (d) Specific Tax Matters |
|---|---|---|---|
| | | periods 1958-1961 | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. See the instructions. If you check this box, skip lines 5 and 6 . . . ▶ ☐

**5 Disclosure of tax information** (you must check a box on line 5a or 5b unless the box on line 4 is checked):

**a** If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . ▶ ☐

**Note.** Appointees will no longer receive forms, publications, and other related materials with the notices.

**b** If you don't want any copies of notices or communications sent to your appointee, check this box . . . ▶ ☒

**6 Retention/revocation of prior tax information authorizations.** If the line 4 box is checked, skip this line. If the line 4 box isn't checked, the IRS will automatically revoke all prior Tax Information Authorizations on file unless you check the line 6 box and attach a copy of the Tax Information Authorization(s) that you want to retain. . . . ▶

To revoke a prior tax information authorization(s) without submitting a new authorization, see the line 6 instructions.

**7 Signature of taxpayer.** If signed by a corporate officer, partner, guardian, partnership representative, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters and tax periods shown on line 3 above.

▶ **IF NOT COMPLETE, SIGNED, AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.**

▶ **DON'T SIGN THIS FORM IF IT IS BLANK OR INCOMPLETE.**

Pauline Dale Stonehill (signature)
Signature

10 August 2018
Date

Pauline Dale Stonehill  Co-Executor and Co-Administrator of the Estate of Harry S Stonehill
Print Name  Title (if applicable)

For Privacy Act and Paperwork Reduction Act Notice, see instructions.  Cat. No. 11596P  Form **8821** (Rev. 1-2018)

Form **56** (Rev. December 2011) Department of the Treasury Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| Harry S. Stonehill, deceased | | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)

deceased

City or town, state, and ZIP code (If a foreign address, see instructions.)

Fiduciary's name

Pauline Dale Stonehill

Address of fiduciary (number, street, and room or suite no.)

Calle Azor 1E, Buzon 70

City or town, state, and ZIP code | Telephone number (optional)

29130 Alhaurin de la Torre Malaga Spain | ( )

**Section A. Authority**

1 Authority for fiduciary relationship. Check applicable box:
- a ☐ Court appointment of testate estate (valid will exists)
- b ☐ Court appointment of intestate estate (no valid will exists)
- c ☐ Court appointment as guardian or conservator
- d ☐ Valid trust instrument and amendments
- e ☐ Bankruptcy or assignment for the benefit of creditors
- f ☑ Other. Describe ▶ Appointed by Harry Stonehill as Co Executor and Co Administrator in his Last Will and Testament June 26,2001

2a If box 1a or 1b is checked, enter the date of death ▶

2b If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

**Section B. Nature of Liability and Tax Notices**

3 Type of taxes (check all that apply): ☑ Income ☐ Gift ☐ Estate ☐ Generation-skipping transfer ☐ Employment ☐ Excise ☐ Other (describe) ▶

4 Federal tax form number (check all that apply): a ☐ 706 series b ☐ 709 c ☐ 940 d ☐ 941, 943, 944 e ☑ 1040, 1040-A, or 1040-EZ f ☐ 1041 g ☐ 1120 h ☐ Other (list) ▶

5 If your authority as a fiduciary does not cover all years or tax periods, check here . . . ▶ ☐ and list the specific years or periods ▶

6 If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . ▶ ☐ and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

**For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.** Cat. No. 16375I Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011) Page 2

**Part IV Court and Administrative Proceedings**

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated

Address of court | Docket number of proceeding

City or town, state, and ZIP code | Date | Time ☐ a.m. ☐ p.m. | Place of other proceedings

**Part V Signature** Paulyn Dale Steinhilt

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

Fiduciary's signature | Co-Executor and Co-Special Admin. Title, if applicable | 24 August 2018 Date

Form 56 (Rev. 12-2011)

# EXHIBIT 7 (b)

October 19, 2018 FOIA letter from S. Tompkins to R. Heggestad



PRIVACY, GOVERNMENTAL LIAISON AND DISCLOSURE

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

October 19, 2018

Robert E. Heggestad
1747 Pennsylvania Ave NW
Suite 1250
Washington, DC 20006

Dear Mr. Heggestad:

This is our final response to your Freedom of Information Act (FOIA) request dated September 28, 2018, that we received on October 9, 2018.

You asked for all records and documents, including electronic correspondence, related to storage, transfer and review of documents concerning Harry S. Stonehill and United States v. Stonehill, 65-cv-0127 (C.D. Cal.) ("Stonehill documents") located at the Internal Revenue Service (IRS) Chief Counsel's Office and the IRS storage facility in Suitland, Maryland during the time period January l, 1998 thru January l, 2003.

Tax records are confidential and may not be disclosed unless specifically authorized by law. The information you provided does not provide adequate verification of your right to access the records of Mr. Stonehill. Unfortunately, there was no information provided to support the statements made on Form 56, Notice Concerning Fiduciary Relationship. Please note the executor/fiduciary relationship has a finite term. Once the estate/probate is closed, the authorities and relationship terminate. Since the authority to re-disclose as provided by Form 56 is not established, the authority to receive tax information as provided, by Form 8821, Tax Information Authorization, cannot be honored.

You may contact me, the FOIA Public Liaison, P. Sharisse Tompkins, to discuss your request at:

PO Box 2986 MS 7000 AUSC
Austin, TX 78768
737-800-5460

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues you may call the IRS toll free number at 1-800-829-1040.

If you have any questions, please call Tax Law Specialist A. Amparano, ID # 0220447, at (214) 413-5489, or write to: Internal Revenue Service, Disclosure Office 9, P.O. Box 621506, Stop 211, Atlanta, GA 30362-3006. Please refer to case number F19283-0060.

Sincerely,

P. Sharisse Tompkins
Disclosure Manager
Disclosure Office 9

# EXHIBIT 7 (c)

December 12, 2018 appeal letter from R. Heggestad



U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
OFFICIAL USE
Certified Mail Fee $3.45
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $
Postage $0.71
Total Postage and Fees $4.16
0217
09
12/12/2018
Sent To IRS Appeals
Street and Apt. No., or PO Box No. 5045 Butler Ave
City, State, ZIP+4® Fresno, CA 93727-5136
PS Form 3800, April 2015

[D]ecember 12, 2018

Act Appeal
[..]83-0060

This is an appeal of the October 19, 2018 "final response" (attached) from Pamela S. Tompkins, IRS Disclosure Manager, to my Freedom of Information Act ("FOIA") request dated September 28, 2018 requesting records related to the IRS storage, inspection and loss of documents pertaining to Harry S. Stonehill ("Stonehill").

Ms. Tompkins concluded that the information I "provided does not provide adequate verification of [my] right to access the records of Mr. Stonehill" and there "was no information provided to support the statements made on Form 56.....":

> Please note the executor/fiduciary relationship has a finite term. Once the estate/probate is closed, the authorities and relationship terminate. Since the authority to re-disclose as provided by Form 56 is not established, the authority to receive *tax information* as provided by Form 8821, Tax Information Authorization, cannot be honored. (Emphasis supplied)

Ms. Thompkins provided no information regarding my rights to appeal as required by 5 U.S.C.A. § 552 (a)(6)(A)(i) and the IRS Administrative Appeal Procedures nor did she cite any exemption or exclusion in the FOIA statute which would justify withholding any of the requested documents.

**I. The September 28, 2018 Request for Records related to the IRS storage, Inspection and Loss of Documents Pertaining to Harry S. Stonehill ("Stonehill") Is Not a Request for Tax Information**

My October 28, 2019 FOIA request asked for all records and documents, including electronic correspondence, related to storage, transfer and review of documents concerning Harry S. Stonehill and United States v. Stonehill, 65-cv-0127 (C.D. Cal.) ("Stonehill documents") located at the Internal Revenue Service (IRS) Chief Counsel's Office and the IRS storage facility in Suitland, Maryland during the time period January 1, 1998 thru January 1, 2003, including but not limited to:

1) All records and correspondence discussing or related to the discovery and review of the 8 boxes of Stonehill documents in the IRS Chief Counsel's

office (safe or vault) in 2001 including but not limited to correspondence to or from, Richard Fultz, IRS Disclosure Officers Steven Flesner and Carole Field. Tax Division attorneys Charles Duffy, John McCarthy, Mae Lew, Seth Heald or any representative of the IRS, the Department of Justice Tax Division ("Tax Division"), the National Archives and Records Administration ("NARA"), the IRS Records Center or the IRS Office of Chief Counsel (International);

2) All records and correspondence discussing or related to the discovery, transfer and review of the 86 boxes of Stonehill documents in the Federal Records Center in Suitland, Maryland in 2000-2002 including but not limited to correspondence to or from Richard Fultz, Carole Field, Charles Duffy, John McCarthy, Mae Lew, Seth Heald or any representative of the IRS, the Tax Division, NARA, the IRS Records Center or the IRS Office of Chief Counsel (International);

3) All logs and/or records containing names of any representative of the IRS or the Tax Division who had access to or reviewed the 8 boxes of Stonehill documents in the IRS Chief Counsel's office, safe or vault in 2001 or the 86 boxes of IRS Stonehill documents discovered in 2000-2003 in the IRS storage facility in Suitland, Maryland;

4) All records or correspondence related to the original numbering and subsequent re-numbering and inspection of the 86 boxes of Stonehill documents stored at the Federal Records Center in Suitland Maryland during 2001 and 2002;

5) All records or correspondence relating to the discovery that Boxes 17 and 83 were missing from the Federal Records Center including but not limited to all records and/or correspondence to or from IRS Counsel Richard D. Fultz, IRS Attorney Mae Lew and IRS Disclosure Officer Carroll Field, Tax Division attorneys John McCarthy, Charles Duffy, Seth Heald, the IRS Records Office and the Office of Associate Chief Counsel (International);

6) All documents describing the numbering and the contents of the 8 boxes of Stonehill documents in the Chief Counsel's office (safe or vault) and the 86 boxes of Stonehill documents in the Federal Records Center in Suitland, Maryland; and

7) All records or correspondence related to the transfer of the 86 boxes of Stonehill documents stored at the Federal Records Center in Suitland Maryland to the Tax Division and/or the IRS.

My request for documents relating to the IRS storage, inspection and loss of Stonehill files was not a request for "tax information" as claimed by Ms. Tompkins and it did not require

an authorization from Mrs. Stonehill. Ms. Tomkins has not cited any exemption or exclusion which would prevent release of the requested information and as a member of the public, I am entitled to this information, regardless of whether Mrs. Stonehill's "executor/fiduciary relationship has terminated. However, under any circumstance, Mrs. Stonehill is the co-executor and beneficiary of Mr. Stonehill's estate, the Stonehill estate has not been closed and she has an absolute right to request the documents described in the September 28, 2018 FOIAS request.

**II. Mrs. Stonehill's Executor/fiduciary Relationship to Harry S. Stonehill has not been Terminated Because the Estate has not been Closed**

Although this request does not seek *copies* of the documents in the boxes described above related to Harry Stonehill, who is deceased, (other than those documents related to the numbering of the boxes and the description of the contents of the boxes) and thus does not involve any privacy rights concerning Mr. Stonehill's tax returns or tax return information under 26 U.S.C.1603, to the extent that any privacy rights are asserted related to Mr. Stonehill, I provided Ms. Thompkins with the following documents attached to my September 28, 2018 FOIA request: (1) a Certification of Identity; (2) a Privacy Release; (3) a Power of Attorney; (4) Tax Information Authorization and a Notice Concerning Fiduciary Relationship from Pauline Stonehill, Mr. Stonehill's wife, beneficiary and Co-Executor and Co-Administrator of his estate. I also attached documents to confirm that: (1) the original Co-executor, Jacques Meuwly, notified the Court and Mrs. Stonehill (his "co-executor") that he was resigning his position as executor on September 1, 2005; and (2) Mrs. Stonehill has never closed the Estate and continues to serve as co-executor and administrator as provided for in the June 26, 2001 Will and Addendum to the Last Will and Testament of Harry S. Stonehill.

On October 15, 2018, Dr. Patrick Lenz, who accepted the position as the co-executor of the will of Harry S. Stonehill on June 13, 2007 (See attached acceptance from Dr. Lenz) confirmed that the Estate of Harry S. Stonehill has not been closed and that the Stonehill Estate is still active in Switzerland (see attached confirmation from Dr. Lenz).

Because the "final response" issued by Ms. Tompkins fails to cite any exemptions or exclusions that would prevent release of the information requested in my July 10, 2014 FOIA request, the documents requested should be released expeditiously. Thank you for your attention to this matter.

Sincerely,

Robert E. Heggestad
1747 Pennsylvania Ave., NW
Suite 1250
Washington, DC 20006
(202) 733-6726
robert@reheggestad.com

**Dr. Patrick Lenz**

Rte des Véroz 9, CP 63
**CH-1872 Troistorrents**

Troistorrents, the 15.10.18

**Robert E. Heggestad**
1747 Pennsylvania Ave., NW
Suite 1250
Washington, DC 20006

Estate of Harry S. Stonehill

Dear Mr. Heggestad,

As promised, I have obtained the information you requested regarding the current status of the Estate of Harry S. Stonehill. There is no prescription for successions ( i.e. time limits to close an estate) according to Swiss law unless there is a repudiation of the inheritance by the heirs which is not the case regarding Harry Stonehill's estate. To make sure I called the district court of Monthey (Monthey is in charge of Troistorrents, the town where Harry had his domicile). They hold no record about Harry and/or his succession at all and would not be expected to have a record unless there had been a repudiation of the Estate by an heir. As a Co-executor of the Estate of Harry S. Stonehill, I have never taken any action to close the Estate. Unless my co-executor, Pauline Stonehill, or the previous co-executor, Jacques Meuwly, have taken actions (that I am not aware of) to close the Estate, the Estate is still active in Switzerland.

With my best regards

Dr. Patrick Lenz

Co-Executor of the Estate of Harry S. Stonehill