# Exhibit 8

Stonehill v. IRS

# Exhibit 8 (a)

NARA Excell Sheet -IRS refile of Stonehill boxes

Case 1:22-cv-03391-CJN    Document 21-3    Filed 08/17/23    Page 14 of 134

| Record Center Name | Received Date | Status | Contact First Name | Contact Last Name | Agency Container # | Records Transfer # |
|---|---|---|---|---|---|---|
| FRC - WNRC (Suitland) | 12/8/2009 22:30 | Refile Completed | ANNETTE | MITCHELL | | 83 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 36 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 37 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 38 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 40 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 41 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 53 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 58 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 61 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 62 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 63 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 64 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 65 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 67 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 68 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 69 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 70 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 72 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 74 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 76 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 80 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 81 W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-FOD |
| FRC - WNRC (Suitland) | 3/12/2010 22:00 | Refile Completed | | | | 9 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:26 | Refile Completed | | | | 33 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:27 | Refile Completed | | | | 13 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:27 | Refile Completed | | | | 73 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:28 | Refile Completed | | | | 85 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:28 | Refile Completed | | | | 28 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:28 | Refile Completed | | | | 20 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:29 | Refile Completed | | | | 48 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:29 | Refile Completed | | | | 59 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:29 | Refile Completed | | | | 49 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:29 | Refile Completed | | | | 16 W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-FOD |

STON01086

| Location | Status | Code |
|---|---|---|
| FRC - WNRC (Suitland) | 5/15/2013 14:30 Refile Completed | 3 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:30 Refile Completed | 21 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:31 Refile Completed | 11 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:31 Refile Completed | 26 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:31 Refile Completed | 32 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:31 Refile Completed | 79 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:32 Refile Completed | 23 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 14:39 Refile Completed | 9 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 19:53 Refile Completed | 36 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 19:54 Refile Completed | 47 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 19:55 Refile Completed | 2 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 19:56 Refile Completed | 54 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 19:58 Refile Completed | 78 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 19:59 Refile Completed | 38 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 19:59 Refile Completed | 10 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:00 Refile Completed | 6 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:01 Refile Completed | 27 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:02 Refile Completed | 50 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:03 Refile Completed | 60 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:03 Refile Completed | 14 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:14 Refile Completed | 12 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:15 Refile Completed | 1 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:15 Refile Completed | 46 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:16 Refile Completed | 18 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:16 Refile Completed | 15 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:17 Refile Completed | 17 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:17 Refile Completed | 86 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:18 Refile Completed | 77 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:19 Refile Completed | 19 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:19 Refile Completed | 31 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:19 Refile Completed | 29 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:20 Refile Completed | 37 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:21 Refile Completed | 51 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:21 Refile Completed | 45 W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-FOD |

STON01087

Case 1:22-cv-03391-CJN    Document 21-3    Filed 08/17/23    Page 16 of 134

| Facility | Date/Time | Status | Document |
|---|---|---|---|
| FRC - WNRC (Suitland) | 5/15/2013 20:23 | Refile Completed | 34 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:24 | Refile Completed | 75 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:24 | Refile Completed | 57 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:25 | Refile Completed | 8 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:34 | Refile Completed | 35 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:39 | Refile Completed | 7 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:43 | Refile Completed | 22 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:44 | Refile Completed | 25 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:45 | Refile Completed | 25 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:48 | Refile Completed | 66 W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-FOD |
| FRC - WNRC (Suitland) | 5/15/2013 20:51 | Refile Completed | 22 W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-FOD |
| FRC - WNRC (Suitland) | 5/17/2013 16:53 | Refile Completed | 84 W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-FOD |
| FRC - WNRC (Suitland) | 5/17/2013 16:53 | Refile Completed | 43 W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-FOD |
| FRC - WNRC (Suitland) | 5/17/2013 16:53 | Refile Completed | 24 W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-FOD |
| FRC - WNRC (Suitland) | 5/17/2013 16:53 | Refile Completed | 52 W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-FOD |
| FRC - WNRC (Suitland) | 5/17/2013 16:55 | Refile Completed | 30 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:40 | Refile Completed | 5 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:45 | Refile Completed | 39 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:45 | Refile Completed | 83 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:45 | Refile Completed | 82 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:45 | Refile Completed | 81 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:45 | Refile Completed | 80 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:45 | Refile Completed | 77 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:45 | Refile Completed | 72 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:45 | Refile Cancelled | 71 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 70 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 69 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 68 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 67 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 55 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 64 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 63 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 62 W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-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 61 W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-FOD |

STON001088

| | | | |
|---|---|---|---|
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 58 WO58-81-0024-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 56 WO58-81-0024-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 55 WO58-81-0024-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 53 WO58-81-0024-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 44 WO58-81-0024-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 42 WO58-81-0024-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 41 WO58-81-0024-FOD |
| FRC - WNRC (Suitland) | 5/30/2013 20:46 | Refile Completed | 40 WO58-81-0024-FOD |
| FRC - WNRC (Suitland) | 1/18/2017 19:38 | Refile Completed | 36 WO58-81-0024-FOD |

STON01089

# Exhibit 8 (b)

Second Declaration of H. Newsome

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE DALE STONEHILL          )
                                )
       Plaintiff,               )
                                )
v.                              )    Civil Action No. 1:19-cv-03644-RDM
                                )
INTERNAL REVENUE SERVICE,       )
                                )
       Defendant.               )
_____)

## SECOND DECLARATION OF HELENE R. NEWSOME

I, Helene R. Newsome, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1.    I am an attorney in Branch 6 of the Office of the Associate Chief Counsel (Procedure and Administration) ("P&A"), of the Internal Revenue Service ("IRS" or "Service") Office of Chief Counsel. I have been employed as an attorney in the Office of Chief Counsel since April 1997.

2.    **P&A** Branch 6 provides subject matter experts for disclosure and privilege matters arising in the context of Freedom of Information Act ("FOIA") (5 U.S.C. § 552) requests and litigation. The duties of Branch 6 include advising the IRS on legal matters involving FOIA and assisting the Department of Justice ("DOJ") in defending the IRS in litigation under FOIA. These duties require knowledge of the types of records created and maintained by the various divisions and functions of the IRS and Chief Counsel, and an understanding of the provisions of FOIA which exempt certain types of records from disclosure in response to a FOIA request.

3.    In September 2020, the above-captioned matter was transferred to me upon the departure of the Chief Counsel attorney originally assigned to this matter.

1

34.     Due to the large amount of material to be searched in the storage room, in October
2021, I arranged to have two attorneys in my office assist me with the search.

35.     In November 2021, I, along with two other attorneys in my office, conducted a
manual search of all the boxes located in the storage room. The room contained 237 boxes of
material. Our search did not locate hard copies of H. Stonehill's 1998 and 2001 administrative
FOIA processing files.

        o   *IRS Records Management Office*

36.     The IRS Records Management Office is an office within PGLD under the Office
of Identity & Records Protection. The IRS Records Management Office is responsible for
oversight of IRS records management policy and serves as liaison for the IRS with NARA[5] on
all records and information management matters that impact the IRS.

37.     Anthony Palumbo is the manager of the IRS Records Management Office and the
IRS NARA Liaison.

38.     In July 2021, I contacted Mr. Palumbo and asked that he search the IRS Records
Management Office for responsive records to plaintiff's 2018 FOIA request.

39.     In July 2021, Mr. Palumbo provided me the following information with respect to
the items of information plaintiff seeks in her 2018 FOIA request.

40.     As to plaintiff's request for (i) records describing the contents of the 80+ boxes of
material pertaining to H. Stonehill's 1998 and 2001 FOIA requests; (ii) a log or record
containing the names of IRS or DOJ Tax Division employees who had access to the 80+ boxes;
and (iii) records related to the review of the 80+ boxes, Mr. Palumbo indicated that his office
does not maintain, and has not ever maintained, these types of records.

---

[5] NARA is an independent federal agency which safeguards and preserves federal agency records.

files pertaining to H. Stonehill's 1998 and 2001 FOIA requests and the 2014 FOIA request. [12]

61.    In April 2021, Ms. Tate manually searched all items in her "Stonehill" email folder, retrieved potentially responsive records, and provided them to me.

62.    In May 2021, Ms. Tate, Ms. Avrutine, and I reviewed all the ACCI and P&A hard copy files and retrieved potentially responsive records. In June 2021, I scanned all the potentially responsive records so that I could electronically review and process the documents.

63.    In June 2021, Ms. Tate told me that she knows of no other locations where responsive records would be located other than the locations described in this declaration.

  • *WNRC*

64.    In August 2021, Mr. Palumbo contacted Christopher Pinkney, WNRC Acting Director, and asked that a search be conducted for responsive records to plaintiff's 2018 FOIA request.

65.    In September 2021, Mr. Pinkney provided me the following information with respect to the items of information plaintiff seeks in her 2018 FOIA request.

66.    As to plaintiff's request for a log containing the names of IRS or DOJ Tax Division employees who had access to the 80+ boxes, Mr. Pinkney explained that the WNRC does not maintain such a log. Mr. Pinkney stated that even though the WNRC does not maintain a log with this information, the WNRC possesses some records which would indicate who had access to certain information in this records set. Mr. Pinkney stated that the WNRC records that

---

[12] Ms. Tate was in possession of ACCI and P&A hard copy files pertaining to H. Stonehill's 1998 and 2001 FOIA requests and the 2014 FOIA request because she was provided, obtained, or generated these files, as explained below, and was organizing these records for purposes of storage. As previously indicated, Ms. Lew, in July 2017, provided Ms. Tate ACCI's hard copy files pertaining to H. Stonehill's 1998 and 2001 FOIA requests and the 2014 FOIA request. Ms. Tate obtained P&A's hard copy files pertaining to H. Stonehill's 1998 and 2001 FOIA requests in order to assist DS in its search for responsive records to the 2014 FOIA request, a matter to which she had been assigned. Ms. Tate generated P&A's hard copy file pertaining to the 2014 FOIA request in connection with assisting DS with that request.

15

ER:477

would contain information responsive to plaintiff's request regarding who had access to information in this records set are the SF-135, OF-11s, and refiles. As explained above in paragraph 44 of this declaration, an SF-135 is completed by a federal agency and provided to an FRC when initially sending boxes to the FRC for storage, and OF-11s are completed by a federal agency and provided to an FRC when requesting records from the FRC. Refiles occur when a federal agency that has obtained records from an FRC returns those records back to the FRC. Mr. Pinkney explained that these WNRC records – the SF-135, OF-11s, and refiles – would also contain responsive information to plaintiff's request for records regarding the transfer of the 80+ boxes in this records set.

67.     Mr. Pinkney explained that SF-135s and OF-11s are maintained by the WNRC in hard copy and/or electronically. Refiles are only maintained by the WNRC electronically.

68.     Mr. Pinkney further explained that, in 2009, NARA launched a web-based system called Archives & Records Centers Information System ("ARCIS"), which is used by NARA FRC's to electronically manage information pertaining to records stored at the FRCs. Prior to 2009, information pertaining to records stored at the FRCs were in hard copy.

69.     The search for the responsive SF-135 is described below.

a.     Mr. Pinkney indicated that the SF-135 that is provided to the WNRC when boxes are initially sent to the WNRC is usually placed in Box 1 of every records set.

b.     In August 2021, Mr. Pinkney directed that a manual search be conducted of Box 1 of the records set at issue here for the SF-135. Mr. Pinkney explained that this search for the SF-135 as well as all other searches for responsive records to plaintiff's 2018 FOIA request were conducted by appropriate members of his staff pursuant to his direction. This search for the SF-135 did not locate the record.

16

    c.    For the sake of thoroughness, in August 2021, Mr. Pinkney directed that a manual search be conducted of all the boxes in the records set for the SF-135. This search did not locate the SF-135.

    d.    Finally, Mr. Pinkney noted that the SF-135 that was provided to the WNRC when the boxes were originally sent to the WNRC is not maintained on ARCIS. Thus, the WNRC does not have an electronic copy of this record.

70.    The search for responsive OF-11s is described below.

    a.    Mr. Pinkney explained that one copy of an OF-11 is placed in the box requested by the federal agency, and one copy is kept on the shelf at the FRC, as a placeholder, in the assigned location for the box that was requested.[13]

    b.    In August 2021, Mr. Pinkney directed that a manual search be conducted of all the boxes in the records set and all the shelves where the boxes were maintained for OF-11s. This search located four OF-11s.

    c.    In August 2021, Mr. Pinkney directed that a query be conducted in ARCIS for all OF-11s relating to this records set. This search did not locate any additional OF-11s.

    d.    In August 2021, the four OF-11s were provided to me.

71.    The search for responsive refiles is described below.

    a.    Mr. Pinkney explained that all information pertaining to refiles is maintained in ARCIS. The WNRC does not maintain any hard copy records relating to refiles.

---

[13] Before 2009, OF-11s were submitted in hard copy. Since 2009, OF-11s have been submitted electronically through ARCIS. The procedure for handling electronic OF-11s is the same as the procedure for handling hard copy OF-11s. That is, an electronic OF-11 is printed and placed in the box requested by a federal agency, and a copy is kept on the shelf at the FRC as a placeholder for a box that has been checked out by an agency.

17

b.   In August 2021, Mr. Pinkney directed that a query be conducted in ARCIS for all refiles with respect to this records set. The search was conducted, and the results were exported to an Excel spreadsheet.

c.   In August 2021, the Excel spreadsheet was provided to me.

72.   As to plaintiff's request for records describing the contents of the 80+ boxes of material pertaining to H. Stonehill's 1998 and 2001 FOIA requests, Mr. Pinkney explained that to the extent that the WNRC would have any responsive records to this item of plaintiff's request, such records would have been provided by the IRS in 1982 when the WNRC received this records set from the IRS[14] and then those records would be maintained in one of the boxes of the records set. Mr. Pinkney stated that, in August 2021, when he directed that a manual search be conducted of all the boxes of this records set for the SF-135 and OF-11s, he also directed that a manual search be conducted of all the boxes for any records describing the contents of the boxes. The search did not locate any responsive records to this item of plaintiff's request.

73.   As to plaintiff's request for records related to the review of the 80+ boxes, Mr. Pinkney indicated that the only responsive document in which this information would have been maintained is a security visitor log. Mr. Pinkney explained, though, that the security visitor logs for this records set have been destroyed pursuant to records control schedules applicable to NARA.

74.   As to plaintiff's request for records describing the numbering of the 80+ boxes, Mr. Pinkney explained that the WNRC has no responsive records to this request because the federal agency submitting the boxes to the WNRC, and not the WNRC, numbers the boxes.

---

[14] In August 2021, Mr. Pinkney conducted a query in ARCIS to determine when the IRS initially submitted this records set to the IRS. The results of this query was that the IRS initially submitted the 80+ boxes of records in 1982.

18

75.    Regarding plaintiff's request for records related to the discovery of the 80+ boxes in 2001, Mr. Pinkney indicated that the boxes were not "discovered" by the WNRC in 2001 or any other year, but rather they were properly submitted to the WNRC by the IRS in 1982.

76.    With respect to plaintiff's request for records related to the discovery that Boxes 17 and 83 were missing from the FRC, Mr. Pinkney explained that in August 2021, he directed that a manual check be conducted of each numbered box in this records set to determine whether all the boxes in the records set were present and accounted for. The results of this manual check of each numbered box was that Boxes 17 and 83, as well as every other box in this records set, were stored in their appropriate locations at the WNRC. Mr. Pinkney further noted that the WNRC has no hard copy record, or record in ARCIS, indicating that Boxes 17 and 83 were ever missing from the WNRC.

77.    In October 2021, for the sake of thoroughness, I asked Mr. Pinkney whether he knew where any additional potentially responsive records may be located. He replied that he did not. He stated that the WNRC has provided me with all responsive records in its possession.

78.    Based on the information provided by all of the aforementioned IRS, Chief Counsel, and WNRC employees, my knowledge of plaintiff's request, my review of the case history notes provided by the Disclosure Office, and my familiarity with IRS and Chief Counsel record-keeping and file maintenance policies and practices, I have determined that there are no other custodians or locations likely to maintain records responsive to plaintiff's FOIA request.

**Review of Records and Production of Non-Exempt Material**

79.    In April 2021, I began my review of the potentially responsive records for responsiveness and any applicable FOIA exemptions.

80.    On June 30, 2021, I provided non-exempt, responsive ACCI records to the DOJ

19

# Exhibit 8 (c)

IRS Opposition to Stonehill Rule 60(b)(6) Motion

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAULINE STONEHILL, | ) | |
| | ) | Case No. 1:06-cv-599-JDB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM
JUDGMENT PURUSANT TO RULE 60(b)(6) AND THE COURT'S INHERENT
AUTHORITY**

i

## Table of Contents

INTRODUCTION .................................................................................................................. 1

STATEMENT OF FACTS ..................................................................................................... 4

  I.   Facts related to *United States v. Stonehill*, Dkt. No. 65-127 (C.D. Cal) and *Stonehill I*...... 4

  II.  Facts Related to *Stonehill II* ............................................................................................. 10

ARGUMENT ........................................................................................................................ 14

  I.   Plaintiff is time-barred from using Rule 60(b)(6) to set aside judgment on grounds
premised on Rule 60(b)(3). ...................................................................................................... 15

  II.  Plaintiff has failed to justify the extraordinary use of the court's inherit authority as a basis
to set aside judgment based on fraud on the court. ................................................................. 16

  III.  If Plaintiff's evidence is too specious to defeat an agency's summary judgment motion in
FOIA, then it is insufficient to procedurally re-open a FOIA case. ......................................... 20

ii

- Jan. 23, 2014 Lew email to IRS executives explaining that NARA sent only 84 boxes. *Id.*
- Jan. 24, 2014 internal email from IRS paralegal McKinney explaining that NARA sent 84 boxes in 2001 but the IRS sent back 86 boxes in May 2013 after it had to create two new boxes to replace old boxes that were falling apart and overstuffed. *Id.* ¶ 22.

The IRS has over a decade of records demonstrating a consistent explanation about the "missing boxes." Plaintiff has offered no evidence to controvert these facts, much less evidence that rises to the level of clear and convincing.

Stonehill claims that Newsome's search declaration in *Stonehill II* proves that boxes 17 and 83 were never missing and that all boxes are located at the Federal Records Center. Unsurprisingly, Stonehill misstates the declaration and takes it out of context. The declaration states the NARA Records Center does not have a *record* that the boxes were ever missing and that NARA has all 86 boxes. But the Records Center does not have a record that two boxes were missing because they were discovered missing in 2001 – in the Pre-ARCIS area in which NARA cannot confirm anything about the boxes. And it is unsurprising that the NARA Records Center show 86 boxes in its possession in 2022 because 86 boxes were returned to them in 2013 (the Post-ARCIS era) because the IRS returned 86 boxes after creating two new ones. Plaintiff chooses to believe the IRS lied instead of rationally accepting that boxes that were created in at least 1981 (if not earlier) may have deteriorated after 30 years of litigation. Plaintiff does not want to believe these facts. But they are uncontroverted by anything more than speculation.

Even if Plaintiff believes that he uncovered that boxes 17 and 83 are sitting in the NARA Federal Records Center now,[9] Plaintiff's pursuit here skirts his duty to administratively exhaust

---

[9] There is no evidence these are the same boxes that were possibly part of a set that the alleged 86 boxes identified on the SF-135 from 1981. Plaintiff claims he knows what is box 17 by comparing an index showing 56 boxes on a "General Index" that accompanied a 1966 Chief

(continued...)

19

his remedies because the proper mechanism is for Plaintiff to submit a new FOIA request for those boxes. *Kowalczyk v. Dep't of Justice*, 73 F.3d 386, 389 (D.C. Cir. 1996) (explaining that if the requester discovers leads in the documents he receives from an agency, he may pursue those leads through a second FOIA request); *Am. Ctr. for Law and Justice v. U.S. Nat'l Sec. Agency*, 474 F. Supp. 3d 109, 130 (D.D.C. 2020) ("if the requester discovers leads in the documents he receives from the agency, he may pursue those leads through a second FOIA request"). Plaintiff may not skip the entire administrative process and go straight to court. Thus, Plaintiff improperly seeks to reopen a FOIA case.

### III. If Plaintiff's evidence is too specious to defeat an agency's summary judgment motion in FOIA, then it is insufficient to procedurally re-open a FOIA case.

Not only has Plaintiff failed to meet his burden to set aside the judgment in this FOIA case, but Plaintiff's opposition of an IRS motion for summary judgment on the merits of the search would be futile. If Plaintiff's evidence cannot even rise to level of defeating an agency on summary judgment on the merits on the underlying claims, the case should not be reopened under Rule 60. The allegations Plaintiff's Rule 60(b) motion lodges against the IRS are immaterial to defeat an IRS motion for summary judgment under substantive FOIA law and principles. Under the FOIA, an agency bears the burden of showing that itadequately searched for responsive records, and it properly withheld the information at issue. *See Cause of Action Inst. v. I.R.S.*, 316 F. Supp. 3d 99, 106 (D.D.C. 2018); 5 U.S.C. § 552(a)(4)(B)). Agencies establish their dual burden through affidavits. *Negley v. F.B.I.*, 825 F. Supp. 2d 63, 68-69 (D.D.C. 2011).

---

Counsel Memorandum. Pl. Memo. at 2-3 (ECF No. 77-3). This does not account for box 83 and there is no way to know whether box 17 described in index from 1966 is the same box 17 that may have existed when the boxes were provided to the NARA federal Records Center – particularly after over a decade of litigation that commenced in 1965 and ended in 1980.

requesters.") (cleaned up); *Nat'l. Sec. Counselors v. C.I.A.*, 898 F. Supp. 2d 233, 269 (D.D.C.
2012) ("The FOIA does not require agencies to conduct research by answering questions
disguised as a FOIA request") (cleaned up).

Thus, Plaintiff has not presented evidence that would controvert a motion for summary
judgment in a FOIA case, let alone rise to the level of setting aside judgment for fraud on the
Court.

## CONCLUSION

The Plaintiff does not trust the government and believes the government has been lying
for decades. But such claims require proof and not mistrust and speculation. Because Plaintiff
has failed to meet his burden to provide any evidence, let alone clear and convincing evidence,
that the government has committed fraud on the court, the motion should be denied.

DATE: August 7, 2024                        DAVID A. HUBBERT
                                            Deputy Assistant Attorney General

                                            */s/ Stephanie Sasarak*
                                            STEPHANIE SASARAK
                                            Trial Attorney
                                            U.S. Department of Justice, Tax Division
                                            Post Office Box 227
                                            Washington, DC 20044
                                            Telephone: (202) 307-2089
                                            Fax: (202) 514-6866
                                            Email: Stephanie.A.Sasarak@usdoj.gov
                                            *Counsel for the United States*

22

**ER:579**

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, I electronically filed the above Opposition with the Court via its CM/ECF system, which sent notice of the filing to all counsel of record.

Date: August 7, 2024

/s/ Stephanie A. Sasarak
STEPHANIE A. SASARAK

# Exhibit 8 (d)

August 12, 2024 NARA FOIA Request

August 12, 2024

VIA E-MAIL
Gary M. Stern, Esquire
General Counsel and Chief FOIA Officer
National Archives and Records Administration (NARA)
Special Access and FOIA
8601 Adelphi Road, Room 5500
College Park, MD 20740-60001

### RE: Freedom of Information Act Request NGC24-492

Dear Mr. Stern:

      This is a revised FOIA request replacing Request NGC24-492 filed on August 8, 2024, under the Freedom of Information Act, , 5 U.S.C. § 552 for all records and documents, including electronic correspondence, during the time period November 1, 2020 and August 12, 2024 related to storage, transfer and review of 86 (89[1]) boxes of documents concerning Harry S. Stonehill, accession number 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, ("Stonehill boxes") originally transferred from the Internal Revenue Service ("IRS") to NARA in 1981, including but not limited to:

1. All communications between Washington National Records Center ("Records Center") and representatives of the IRS, regarding Stonehill boxes 1-86 (89) between November 1, 2021 and August 8, 2024;

2. All OF-11's from the IRS or the Tax Division requesting transfer of Stonehill boxes from Records Center and all records including the dates of transfer of each of the 86 (89) Stonehill boxes to the IRS or the Tax Division between November 1, 2021 and August 8, 2024;

3. All records related the transfer or refile of the 86 (89) Stonehill boxes by the IRS and to any individual who had access to the boxes or information related to the 86 boxes, including all OF-11's and refiles related to Boxes 1-86 from November 1, 2021 and August 8, 2024;

4. All communications to or from the Records Center related to the 86 Stonehill boxes between November 1, 2021 and August 8, 2024;

5. All communications from the Records Center to the IRS, or from the IRS to the WNRC including but not limited to communications with Helene Newsome and George Lassiter concerning the IRS Stonehill Boxes 86 (89) between November 1, 2021 and August 8, 2024;

---

[1] Three boxes were added to replace damaged boxes from the original 86 boxes.

I will expect a response within 20 working days as provided by law. If you have any questions regarding this request, please contact me at the address below. I am requesting that all records relating to the 86 Stonehill Boxes be preserved and that the contents of the 86 (89). Stonehill boxes currently stored at NARA be preserved. Thank you very much for your attention to this matter.

Sincerely,

Robert E. Heggestad
1701 Pennsylvania Ave., NW
Second Floor
Washington, DC 20006
(202) 733-672

cc: Brewer Thompson

3

# Exhibit 8 (e)

September 10, 2024 letter from S. Sasarack to R. Heggestad

**From:** Sasarak, Stephanie A. (TAX) <Stephanie.A.Sasarak@usdoj.gov>
**Sent:** Tuesday, September 10, 2024 10:27 AM
**To:** Robert Heggestad <robert@reheggestad.com>
**Subject:** RE: Stonehill v. IRS Motion for a Protective Order and a Temporary Restraining Order

Mr. Heggestad:

Thank you for your email but we oppose this motion because it is moot.  I have confirmed that the Stonehill boxes remain under a litigation hold and even under their normal retention schedule would not be destroyed for at least another decade. Thus, your motion is unnecessary.

Thank you,

Stephanie Sasarak
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 227
Washington, DC 20044
Office: 202-307-2089
Cell: 202-598-3701
Fax: 202-514-6866

**Address for USPS Mail:**
PO Box 227
Washington, DC 20044

**Address for Private Carriers:**
One Constitution Square
1275 1st Street, NE, Suite 10104
Washington, DC 20002

**From:** Robert Heggestad <robert@reheggestad.com>
**Sent:** Monday, September 2, 2024 7:10 PM
**To:** Sasarak, Stephanie A. (TAX) <Stephanie.A.Sasarak@usdoj.gov>
**Subject:** [EXTERNAL] Stonehill v. IRS Motion for a Protective Order and a Temporary Restraining Order

Stephanie – The Motion will be filed pursuant to Federal Rule of Civil Procedure 26(c), and Federal Rule of Civil Procedure 37(e), to prevent the destruction and to preserve the integrity of the Stonehill IRS boxes at issue in this action.  Please let me know whether your client will oppose the Motion.  Thank you.  Bob

**Robert E. Heggestad**
1701 Pennsylvania Ave., NW
Second Floor
Washington, DC 20006
(202) 729-6338
robert@reheggestad.com

# Exhibit 8 (f)

September 13, 2024 letter from S. Sasarack to R. Heggestad

**Robert Heggestad**

| | |
|---|---|
| **From:** | Sasarak, Stephanie A. (TAX) <Stephanie.A.Sasarak@usdoj.gov> |
| **Sent:** | Friday, September 13, 2024 3:43 PM |
| **To:** | Robert Heggestad |
| **Subject:** | RE: Stonehill v. IRS Motion for a Protective Order and a Temporary Restraining Order |

Mr. Heggestad:

On August 15, 2022, the IRS placed a litigation hold on the Stonehill boxes that are stored at the NARA Washington National Records Center (WNRC) and communicated that hold with NARA. On August 18, 2022, NARA implemented the freeze. It remains in effect. I have no further information to provide to you on this matter.

Stephanie Sasarak
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 227
Washington, DC 20044
Office: 202-307-2089
Cell: 202-598-3701
Fax: 202-514-6866

**Address for USPS Mail:**
PO Box 227
Washington, DC 20044

**Address for Private Carriers:**
One Constitution Square
1275 1st Street, NE, Suite 10104
Washington, DC 20002

**From:** Robert Heggestad <robert@reheggestad.com>
**Sent:** Thursday, September 12, 2024 12:40 PM
**To:** Sasarak, Stephanie A. (TAX) <Stephanie.A.Sasarak@usdoj.gov>
**Subject:** [EXTERNAL] RE: Stonehill v. IRS Motion for a Protective Order and a Temporary Restraining Order

Stephanie- can you please inform me of when the litigation hold was issued and whether the IRS boxes are currently in the possession of the IRS, the WNRC or the DOJ Tax Division? Thank you.  Bob

**Robert E. Heggestad**
1701 Pennsylvania Ave., NW
Second Floor
Washington, DC 20006
(202) 729-6338
Cell: 202-441-1978
robert@reheggestad.com

# Exhibit 8 (g)

November 25, 2024 District Court Order granting Motion to
Substitute Dr. Patrick Lenz as Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL,

    Plaintiff,

       v.

INTERNAL REVENUE SERVICE

    Defendant.

Civil Action No. 06-0599 (JDB)

### ORDER

Upon consideration of [72] Stonehill's motion to file excess pages, [73] Stonehill's motion to substitute party, and [71] [77] Stonehill's motion to set aside judgment, the oppositions and replies thereto, and the entire record herein, and for the reasons set forth in the Memorandum Opinion issued on this date, it is hereby

1. **ORDERED** that [72] Stonehill's motion for leave to file excess pages is **GRANTED**; it is further

2. **ORDERED** that [73] Stonehill's motion to substitute party is **GRANTED**; and it is further

3. **ORDERED** that [71] [77] Stonehill's motion to set aside judgment is **DENIED**.

**SO ORDERED.**

                              /s/

                          JOHN D. BATES
                      United States District Judge

Dated: November 5, 2024

1

ER:648