IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. Patrick Lenz** ) <br> Co-Executor and Co-Special Administrator ) <br> Estate of Harry S. Stonehill ) <br> Rte des Veroz 9, CP 63 ) <br> CH-1872 Troistorrents ) <br> Switzerland ) <br> ) <br> ) <br> **Plaintiff** ) <br> v. ) <br> ) <br> **INTERNAL REVENUE SERVICE** ) <br> 1111 Constitution Avenue, N.W. ) <br> Washington, D.C. 20224 ) <br> ) <br> **Defendant** ) <br> ) | Civil Action No. 1:25-cv-01086-RDM |

### REPLY TO MOTION FOR EXTENSION

Plaintiff, Dr. Patrick Lenz, Co-executor of the Estate of Harry S. Stonehill ("Stonehill"), by and through his undersigned counsel, for the reasons set forth in the Defendant's Motion for an Extension to respond to the Plaintiff's First Amended Complaint until July 14, 2025, hereby withdraws its objection to the Defendant's requested extension.

Dated:  05/23/25

                                                Respectfully submitted.

                                                /s/ Robert E. Heggestad

                                                Robert E. Heggestad
                                                D.C. Bar No. 953380
                                                1701 Pennsylvania Ave., NW
                                                Second Floor
                                                Washington, DC 20006
                                                (202) 733-6726
                                                robert@reheggestad.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all parties to this action.

*/s/ Robert E. Heggestad*

ROBERT E. HEGGESTAD

D.C. Bar No. 953380
1701 Pennsylvania Ave., NW
Second Floor
Washington, DC 20006
(202) 733-6726
robert@reheggestad.com
